1  LAW OFFICES OF GREGORY J. LUCETT
   330 North Brand Blvd., Suite 900
2  Glendale, CA  91203
   Telephone:  (818) 548-6337
3  By:  ROSEMARY ALCANTAR
   State Bar No. 320909
4
   Our File No. 0467517561.1-
5
   Attorneys for Plaintiff:
6  ALLSTATE NORTHBROOK INDEMNITY COMPANY A/S/O JORGE MELLOS

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT, CALIFORNIA

9

10

11  ALLSTATE NORTHBROOK               CASE NO. **'19CV1307 JLS  MDD**
    INDEMNITY COMPANYA/S/O
12  JORGE MELLOS,                     **COMPLAINT FOR:**

13       Plaintiff,                   1.  **NEGLIGENCE;**
                                      2.  **CONTRACTUAL**
14  vs.                                   **SUBROGATION;**
                                      3.  **EQUITABLE SUBROGATION**
15  UNITED STATES OF AMERICA,
    DOES 1 TO 25
16
         Defendants.
17

18

19       Plaintiffs, ALLSTATE NORTHBROOK INDEMNITY COMPANY A/S/O JORGE

20  MELLOS, hereby complain and allege, causes of action against Defendants, and each of them as

21  follows:

22                    **JURISDICTION AND VENUE**

23       1.  This Court has original jurisdiction of this action under 28 U.S.C. Section 1346(b)

24  and 28 U.S.C. section 1331.

25       2.  Venue is proper in this District pursuant to 28 U.S.C. Section 1391(e)(1) because a

26  substantial part of the events giving rise to the claim took place in this district.

27       3.  On or about July 18, 2017, Plaintiffs timely presented and served a claim for

28  property damage under the Federal Tort Claims Act to Defendant UNITED STATES OF

1  AMERICA, pursuant to <u>Government Code</u> section 911.2 et seq.

2      4.  Plaintiffs bring this action against defendants, the UNITED STATES OF AMERICA

3  ("U.S.A."), under the Federal Torts Claims Acts for property damage caused by negligent or

4  wrongful act omission of UNITED STATES OF AMERICA and under circumstances where the

5  United States, if a private person be liable to the claimants in accordance with the law of the

6  State of California, the place where the accident occurred under 28 U.S.C. section 1346(b).

7  Defendants negligently operated their vehicle thereby causing damages to Allstate's insured's

8  vehicle and therefore has allegedly occurred in this District.

9  **PARTIES**

10      5.  Plaintiff Allstate Northbrook Indemnity Company ("ALLSTATE") is a corporation

11  licensed under the laws of Illinois and headquartered in Northbrook, IL.

12      6.  Defendant, UNITED STATES OF AMERICA (U.S.A) is a governmental entity.

13  **STATEMENT OF THE ACTION**

14      7.  Prior to July 18, 2017, Jorge Mellos entered into a written contract of automobile

15  liability insurance with ALLSTATE, whereby for consideration, ALLSTATE issued to Jorge

16  Mellos an automobile liability Policy number, 000627704369 ("Policy") which was in full force

17  and effect on July 18, 2017. Attached to this Complaint as Exhibit A is a true and correct copy of

18  the Policy.

19      8.  At all times herein mentioned, Jorge Mellos was an insured by ALLSTATE under

20  the Terms of the Policy, therefore, ALLSTATE was obligated to indemnify Jorge Mellos for

21  property damage costs incurred.

22      9.  ALLSTATE is contractually subrogated to the rights of Jorge Mellos pursuant to

23  the Policy.

24      10.  At all times herein mentioned the U.S.A. is a governmental entity.

25      11.  Pursuant to Section Automobile Liability Insurance Coverages, the Policy

26  specifically provides that "the policy is a legal contract."

27      12.  Pursuant to the Policy, ALLSTATE asserts its claim herein based on contractual

28  and equitable subrogation or partial subrogation to the rights of its insured, including the right to

1    maintain a contribution action pursuant to 42 U.S.C. Section 9613 in addition to an action

2    pursuant to 42 U.S.C. Section 9612, and applicable state statutes and common law theories.

3        13.    ALLSTATE has suffered a loss for which defendants are liable and defendants

4    are legally responsible to Allstate for the loss caused by defendants.

5        14.    ALLSTATE has suffered damages caused by the act or omission upon which the

6    liability of defendants depends.

7        15.    Justice requires that the loss be entirely shifted from ALLSTATE to defendants,

8    whose equitable position is inferior to that of ALLSTATE.

9        16.    On or about July 18, 2017, Plaintiff's insured driver Jorge Mellos was driving a

10   2016 Toyota 4 Runner, license plate 7RJP320 and VIN number JTEZU5JR0G5118726.

11       17.    At all times herein mentioned, Defendant, U.S.A. operated their vehicle.

12       18.    At said time and place, an employee of Defendant U.S.A., Armando Ochoa,

13   traveled southbound on I-5, when Defendant struck Plaintiff's Insured's vehicle.  The accident

14   occurred on I-5 southbound fifty feet south of Camino De La Plaza, San Diego, State of

15   California.

16       19.    Defendants, and each of them, so negligently, carelessly, recklessly and

17   unlawfully drove, maintained, operated, controlled, entrusted and otherwise so negligently

18   operated their respective vehicles so as to cause them to collide with Plaintiff and otherwise so

19   negligently acted or failed to act and conducted themselves, thereby directly and legally causing

20   the damages to Plaintiff as hereinafter enumerated.

21       20.    Pursuant to equitable and contractual subrogation rights, ALLSTATE seeks

22   recovery from all defendants herein for all costs and additional costs incurred by ALLSTATE.

23       21.    ALLSTATE'S costs to date are in the sum of $2,865.87 and such additional costs

24   as may be shown at the time of trial.

25   //

26   //

27

28

## **COUNT ONE**

### **(Negligence)**

22.   Plaintiff hereby incorporates each and every previous allegation as though fully set forth herein.

23.   At all relevant times herein alleged Defendants had a duty to act with reasonable and due care for the safety of others to not cause personal or real property damage, including as part of their employment and/or duties with and for the U.S.A.

24.   On July 18, 2017, Defendants created a dangerous condition on I-5 southbound south of Camino De La Plaza, San Diego when an employee of the U.S.A. operated their vehicle at an unsafe speed during heavy traffic conditions when Defendant failed to stop when traffic came to a stop thereby colliding into Plaintiff's insured's vehicle and subsequently pushing Plaintiff's insured's vehicle to a third vehicle.

25.   Defendants failed to exercise reasonable care in that they failed to operate vehicle in a safe manner knowing the existing conditions of the road in the San Diego area.

26.   The acts and omissions by Defendants were the legal cause of the injuries and damages to Plaintiff.

27.   Defendants are liable to the Plaintiff for all damages to their property caused by the Defendants to continue to negligently, recklessly, and/or intentionally operated their vehicle that created and posed the dangerous condition to Plaintiff and all others.

28.   Defendants knew or should of have known that their acts and omissions as alleged herein would result in harm to the public in general, and did in fact cause substantial personal and real property damage to Plaintiff's insured, Jorge Mellos.

29.   Defendants' violation of law (California Vehicle Code 22350 no person shall drive a vehicle upon a higher at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property) in bringing about the harm and damages to Plaintiff.

//

30.     As a proximate cause of Defendants' wrongful acts, Plaintiff's insured suffered the loss of current, personal and real property located within.

## COUNT TWO

### (For Contractual Subrogation Against All Defendants)

31.     Allstate incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

32.     Prior to July 18, 2017, Jorge Mellos entered into a written contract of Automobile liability insurance with ALLSTATE, whereby for consideration, ALLSTATE issued to Jorge Mellos an automobile liability Policy number 000627704369 which was in full force and effect on July 18, 2017.

33.     At all times herein mentioned, Jorge Mellos was an insured by ALLSTATE under the Terms of the Policy, therefore, ALLSTATE was obligated to indemnify Jorge Mellos for property damage costs incurred.

34.     ALLSTATE is contractually subrogated to the rights of Jorge Mellos pursuant to the Policy.

35.     Pursuant to the Policy, ALLSTATE asserts its claim herein based on contractual and equitable subrogation or partial subrogation to the rights of its insured, including the right to maintain a contribution action pursuant to 42 U.S.C. Section 9613 in addition to an action pursuant to 42 U.S.C. Section 9612, and applicable state statutes and common law theories.

36.     ALLSTATE has suffered a loss for which defendants are liable and defendants are legally responsible to Allstate for the loss caused by defendants.

37.     ALLSTATE has suffered damages caused by the act or omission upon which the liability of defendants depends.

38.     Justice requires that the loss be entirely shifted from ALLSTATE to defendants, whose equitable position is inferior to that of ALLSTATE.

39.     ALLSTATE'S cost to date are in the sum of $2,865.87, and such additional costs may be shown at the time of trial.

## COUNT THREE

### (Equitable Subrogation Against All Defendants)

40.     ALLSTATE incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

41.     ALLSTATE has suffered a loss for which defendants are liable and defendants are legally responsible to ALLSTATE'S insured for the loss caused by Defendants.

42.     ALLSTATE suffered damages caused by the act or omission upon which the liability of defendants depends.

43.     Justice requires that the loss be entirely shifted from Allstate of defendants, whose equitable position is inferior to that of ALLSTATE.

44.     ALLSTATE'S costs to date are in the sum of $2,865.87, and such additional costs as may be shown at the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, Allstate prays for judgment against Defendants, and each of them, as follows:

1. For all costs incurred by Plaintiff to date;

2. For attorney's fees incurred by Allstate in bringing and prosecuting this action;

3. For costs of this lawsuit; and

4. For such other relief as the Court may deem just and proper.

DATED: July /5, 2019                    LAW OFFICES OF GREGORY J. LUCETT


By: _____
ROSEMARY ALCANTAR
Attorney for Plaintiff
ALLSTATE NORTHBROOK
INDEMNITY COMPANY A/S/O JORGE
MELLOS

# EXHIBIT A

Claim # _0467517561_____

To Whom It May Concern:

This is to certify that the enclosed is a copy of Northbrook Indemnity Company

policy and or declaration pages for the above claim number, showing the

coverages that were on the policy at the time of loss _07/18/2017___.  The enclosed

copy of policy and or declaration page was printed and mailed through Allstate's

Output Processing Center.

_Olivia Leach_
Claim Support

State of Texas, County of Dallas

On this ___12th____ day of _____July_____, 2019, before me personally

appeared _Olivia Leach_ to me known to be the person who

executed the foregoing instrument and acknowledged that he/she executed the

same as a free act and deed.

PATRICIA TORRES
Notary Public, State of Texas
Comm. Expires 10-31-2021
Notary ID 129611687

_____
Notary Public

Confidential Information



*Laura Anglin*
*4370 Palm Ave #F*
*San Diego CA 92154-1760*

Information as of January 18, 2017
Policyholder(s)                    Page **1** of 2
**Johanna Moreno & Jorge Mellos**
Policy number
**627 704 369**

Your Allstate agency is
**Laura Anglin**
(619) 690-5502

|ₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ

JOHANNA MORENO
& JORGE MELLOS
157 E PROSPECT ST
CHULA VISTA CA 91911-4536

# Thank you for being a loyal Allstate customer—we're happy to have you with us!

Here's your automobile insurance renewal offer for the next six months. We've also included a guide to what's in this package and answers to some common questions.

## Renewing your policy is easy

Keep an eye out for your bill, which should arrive in a couple weeks. Just send your payment by the due date on your bill.

If you're enrolled in the Allstate® Easy Pay Plan, you won't receive a bill—we'll send you a statement with your payment withdrawal schedule.

## How to contact us

Give your Allstate Agent a call at (619) 690-5502 if you have any questions. It's our job to make sure you're in good hands.

(ed. 2)

Sincerely,

Steven P. Sorenson
President, Allstate Northbrook Indemnity Company

Agent License Number:

0F52343

RA719-1



Policy number: **627 704 369**                                          Page **2** of 2
Policy effective date:   March 12, 2017

# Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. *Next steps:* review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. *Next steps:* please pay the minimum amount by the due date listed on it.

You can also pay your bill online at allstate.com or by calling 1-800-ALLSTATE (1-800-255-7828). Para español, llamar al 1-800-979-4285. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule.

☐ **What if I have questions?**
You can either contact your Allstate Agent or call us 24/7 at 1-800-ALLSTATE (1-800-255-7828) – para español, llamar al 1-800-979-4285 – with questions about your coverage, or to update your coverages, limits, or deductibles. Or visit us online at allstate.com.

# A guide to your renewal package






**Proof of Insurance ID Cards**
Your insurance cards are legally required, so please keep them in your vehicle at all times.

**Policy Declarations***
The Policy Declarations lists policy details, such as your specific drivers, vehicles and coverages.

**Important Notices**
We use these notices to call attention to particularly important coverages, policy changes and discounts.

**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
www.allstate.com/madesimple
Espanol.allstate.com/facildeentender

***To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.**

X21010.064
1701I8A3303202
1100000A3303202X2XCA0001T011I803053400286660010080206

## Thank you for choosing Allstate



## Proof of Insurance Card

For your convenience, two insurance cards have been included for each vehicle. State law requires that one of these cards be kept in each vehicle. Please place them in your vehicles by the effective date.

Page **1** of 2

IDCA

*Allstate. You're in good hands.*

*Please use the printed Insurance Cards below.*

*Allstate. You're in good hands.*

*Please use the printed Insurance Cards below.*

---

**California Proof of Auto Insurance Card**

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598         NAIC# 36455
**Johanna Moreno & Jorge Mellos
157 East Prospect St
Chula Vista CA 91911-4536**

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                    YEAR / MAKE / MODEL
**627 704 369**                  **2016 Toy. Truck 4 Runner**
EFFECTIVE DATE                   VEHICLE ID NUMBER
**03/12/17**                     **JTEZU5JR0G5118726**
EXPIRATION DATE
**09/12/17**

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598         NAIC# 36455
**Johanna Moreno & Jorge Mellos
157 East Prospect St
Chula Vista CA 91911-4536**

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                    YEAR / MAKE / MODEL
**627 704 369**                  **2016 Toy. Truck 4 Runner**
EFFECTIVE DATE                   VEHICLE ID NUMBER
**03/12/17**                     **JTEZU5JR0G5118726**
EXPIRATION DATE
**09/12/17**

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598         NAIC# 36455
**Johanna Moreno & Jorge Mellos
157 East Prospect St
Chula Vista CA 91911-4536**

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                    YEAR / MAKE / MODEL
**627 704 369**                  **2004 Jeep Grnd Cheroke**
EFFECTIVE DATE                   VEHICLE ID NUMBER
**03/12/17**                     **1J4GX48S54C360046**
EXPIRATION DATE
**09/12/17**

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598         NAIC# 36455
**Johanna Moreno & Jorge Mellos
157 East Prospect St
Chula Vista CA 91911-4536**

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                    YEAR / MAKE / MODEL
**627 704 369**                  **2004 Jeep Grnd Cheroke**
EFFECTIVE DATE                   VEHICLE ID NUMBER
**03/12/17**                     **1J4GX48S54C360046**
EXPIRATION DATE
**09/12/17**

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598         NAIC# 36455
**Johanna Moreno & Jorge Mellos
157 East Prospect St
Chula Vista CA 91911-4536**

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                    YEAR / MAKE / MODEL
**627 704 369**                  **2003 Chevy Trk Silverado2wd**
EFFECTIVE DATE                   VEHICLE ID NUMBER
**03/12/17**                     **1GCEC14XX3Z234270**
EXPIRATION DATE
**09/12/17**

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598         NAIC# 36455
**Johanna Moreno & Jorge Mellos
157 East Prospect St
Chula Vista CA 91911-4536**

This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                    YEAR / MAKE / MODEL
**627 704 369**                  **2003 Chevy Trk Silverado2wd**
EFFECTIVE DATE                   VEHICLE ID NUMBER
**03/12/17**                     **1GCEC14XX3Z234270**
EXPIRATION DATE
**09/12/17**

*This card must be carried in the vehicle at all times as evidence of insurance.*



Policy number: **627 704 369**

Policy effective date: March 12, 2017

*Please use the printed Insurance Cards below.*

*Please use the printed Insurance Cards below.*

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Laura Anglin
    (619) 690-5502
    4370 Palm Ave #F
    San Diego, CA 92154-1760

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Laura Anglin
    (619) 690-5502
    4370 Palm Ave #F
    San Diego, CA 92154-1760

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Laura Anglin
    (619) 690-5502
    4370 Palm Ave #F
    San Diego, CA 92154-1760

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Laura Anglin
    (619) 690-5502
    4370 Palm Ave #F
    San Diego, CA 92154-1760

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Laura Anglin
    (619) 690-5502
    4370 Palm Ave #F
    San Diego, CA 92154-1760

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Laura Anglin
    (619) 690-5502
    4370 Palm Ave #F
    San Diego, CA 92154-1760

X21010 064
170118A303202
1100000A303202X2KCA000170118030534002866002008020614

# Renewal auto policy declarations

Your policy effective date is March 12, 2017



Page **1** of 5

## Total Amount Due for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2003 Chevy Trk Silverado2wd | 1GCEC14XX3Z234270 | $569.84 |
| 2004 Jeep Grnd Cheroke | 1J4GX48S54C360046 | 876.90 |
| 2016 Toy. Truck 4 Runner | JTEZU5JR0G5118726 | 656.09 |
| California Fraud Assessment Fee | | 2.64 |
| **Total*** | | **$2,105.47** |

*\* Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

See the **Important payment and coverage information** section for details about installment fees.

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Anti-theft | **$38.40** | Good Driver (20%) | **$290.99** |
| Multiple Policy | **$39.83** | Distinguished Driver | **$152.36** |

| **Total discounts** | **$521.58** |
|---|---|

### Discounts per vehicle

| **2003 Chevy Trk Silverado2wd** | | | **$145.59** |
|---|---|---|---|
| Anti-theft | $8.82 | Good Driver (20%) | $126.97 |
| Multiple Policy | $9.80 | | |

| **2004 Jeep Grnd Cheroke** | | | **$32.69** |
|---|---|---|---|
| Anti-theft | $15.52 | Multiple Policy | $17.17 |

| **2016 Toy. Truck 4 Runner** | | | **$343.30** |
|---|---|---|---|
| Anti-theft | $14.06 | Good Driver (20%) | $164.02 |
| Multiple Policy | $12.86 | Distinguished Driver | $152.36 |

## Surcharge (included in your total premium)

2004 Jeep Grnd Cheroke
• At Fault Accident: 10/13/2015

### Listed drivers on your policy

**Johanna Moreno**

**Jorge Mellos**

---

Information as of January 18, 2017

## Summary

Named Insured(s)

**Johanna Moreno & Jorge Mellos**

Mailing address

**157 East Prospect St**

**Chula Vista CA 91911-4536**

Policy number

**627 704 369**

Your policy provided by

**Allstate Northbrook Indemnity Company**

Policy period

Beginning **March 12, 2017** through **September 12, 2017** at 12:01 a.m. standard time

Your Allstate agency is

**Laura Anglin**

4370 Palm Ave #F

San Diego CA 92154-1760

(619) 690-5502

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

CA010RBD



Renewal auto policy declarations

Policy number: **627 704 369**
Policy effective date: March 12, 2017

### Excluded drivers from your policy

None

## Coverage detail for 2003 Chevy Trk Silverado2wd

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $229.10 |
| Bodily Injury | $15,000 each person<br>$30,000 each occurrence | | |
| Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $250 | $128.63 |
| Waiver of deductible applies | | | |
| Auto Comprehensive Insurance | Actual cash value | $250 | $167.74 |
| Rental Reimbursement | up to $30 per day for a maximum of 30 days | Not applicable | $22.79 |
| Towing and Labor Costs | $50 each disablement | Not applicable | $3.35 |
| Uninsured Motorists Insurance for Bodily Injury | $15,000 each person<br>$30,000 each accident | Not applicable | $18.23 |
| Automobile Medical Payments | **Not purchased*** | | |
| Coordinated Medical Protection | **Not purchased*** | | |
| Lease/Loan Gap | **Not purchased*** | | |
| Repair or Replacement Cost Option | **Not purchased*** | | |
| Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2003 Chevy Trk Silverado2wd** | | | **$569.84** |

*** This coverage can provide you with valuable protection.  To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 1GCEC14XX3Z234270

**Rating information**
Your premium is determined based on certain information, including the following:
• This vehicle is driven 3-9 miles to work/school, rated as an extra vehicle with no assigned operator.

**Allstate uses mileage information as one factor to help determine your premium amount.**

**Important Note: The annual mileage figure applicable to this vehicle for the expiring policy period was: 15,000 - 15,499. The annual mileage figure applicable to this vehicle for the current policy period is: 15,000 - 15,499.**

**The required odometer information to calculate your annual mileage for the current policy period was not provided, was illegible, could not be obtained or the most recent odometer reading we received was less than a previous reading.**

**If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.**

CA010RBD

X21010 064
1701I8A303202
1100Q00A303202X2XCA00017011I803053400286600400080020614

Renewal auto policy declarations
Policy number: 627 704 369
Policy effective date: March 12, 2017

Page **3** of 5



# Coverage detail for 2004 Jeep Grnd Cheroke

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $262.28 |
| Bodily Injury | $15,000 each person $30,000 each occurrence | | |
| Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $250 | $248.98 |
| Waiver of deductible applies | | | |
| Auto Comprehensive Insurance | Actual cash value | $250 | $294.96 |
| Rental Reimbursement | up to $30 per day for a maximum of 30 days | Not applicable | $28.49 |
| Towing and Labor Costs | $50 each disablement | Not applicable | $4.19 |
| Uninsured Motorists Insurance for Bodily Injury | $15,000 each person $30,000 each accident | Not applicable | $38.00 |
| Automobile Medical Payments | **Not purchased*** | | |
| Coordinated Medical Protection | **Not purchased*** | | |
| Lease/Loan Gap | **Not purchased*** | | |
| Repair or Replacement Cost Option | **Not purchased*** | | |
| Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2004 Jeep Grnd Cheroke** | | | **$876.90** |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

VIN 1J4GX48S54C360046

**Rating information**
Your premium is determined based on certain information, including the following:
• This vehicle is driven 3-9 miles to work/school, married male licensed 26 years.

**Allstate uses mileage information as one factor to help determine your premium amount.**

**Important Note: The annual mileage figure applicable to this vehicle for the expiring policy period was: 15,000 - 15,499. The annual mileage figure applicable to this vehicle for the current policy period is: 15,000 - 15,499.**

**The required odometer information to calculate your annual mileage for the current policy period was not provided, was illegible, could not be obtained or the most recent odometer reading we received was less than a previous reading.**

**If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.**

CA010RBD



Renewal auto policy declarations

Page **4** of 5

Policy number: 627 704 369
Policy effective date: March 12, 2017

## Coverage detail for 2016 Toy. Truck 4 Runner

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $127.36 |
| Bodily Injury | $15,000 each person<br>$30,000 each occurrence | | |
| Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $250 | $217.37 |
| Waiver of deductible applies | | | |
| Auto Comprehensive Insurance | Actual cash value | $250 | $267.08 |
| Rental Reimbursement | up to $30 per day for a maximum of 30 days | Not applicable | $22.79 |
| Towing and Labor Costs | **Not purchased*** | | |
| Uninsured Motorists Insurance for Bodily Injury | $15,000 each person<br>$30,000 each accident | Not applicable | $21.49 |
| Automobile Medical Payments | **Not purchased*** | | |
| Coordinated Medical Protection | **Not purchased*** | | |
| Lease/Loan Gap | **Not purchased*** | | |
| Repair or Replacement Cost Option | **Not purchased*** | | |
| Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2016 Toy. Truck 4 Runner** | | | **$656.09** |

*** This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** JTEZU5JR0G5118726

**Rating information**
Your premium is determined based on certain information, including the following:
- This vehicle is driven 3-9 miles to work/school, married female licensed 19 years.

**Allstate uses mileage information as one factor to help determine your premium amount.**

**Important Note: The annual mileage figure applicable to this vehicle for the expiring policy period was: 13,000 - 13,499. The annual mileage figure applicable to this vehicle for the current policy period is: 13,000 - 13,499.**

**The required odometer information to calculate your annual mileage for the current policy period was not provided, was illegible, could not be obtained or the most recent odometer reading we received was less than a previous reading.**

**If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.**

CA010RBD

X21010 064
1701I8A303202
11000O0A303202X2X2ICA0001701I18030534002866005008020614

Renewal auto policy declarations
Policy number: 627 704 369
Policy effective date: March 12, 2017

Page **5** of 5



## Additional coverages

| Coverage | Limits |
| --- | --- |
| Automobile Death Indemnity Insurance | **Not purchased*** |
| Automobile Disability Income Protection | **Not purchased*** |
| Identity Theft Expenses | **Not purchased*** |

*\* This coverage can provide you with valuable protection.  To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Allstate Automobile Policy – AU104-3
- Amendment of Policy Provisions – AU14626-1
- California Amendatory Endorsement – AU14629-2

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your rate is lower because you are insuring multiple cars.

▶ Your bill will be sent to you in a separate mailing and will list any payment option(s) available to you. If you are eligible to pay your premium in installments, your first bill will reflect your available payment options, including the option to pay in full or to pay in monthly installments. Please note that any amounts payable for the first renewal bill will not include an installment fee (unless you have an unpaid balance from a previous policy period, in which case the Minimum Amount Due will include an installment fee, or unless you are participating in the Allstate Easy Pay Plan). The following applies to installment payments made after your first renewal bill.

If you decide to pay your premium in installments, there will be a $3.50 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and do not change your payment plan method, then the total amount of installment fees during the policy period will be $21.00.

If you are on the Allstate® Easy Pay Plan, there will be a $1.00 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and remain on the Allstate® Easy Pay Plan, then the total amount of installment fees during the policy period will be $6.00.

If you change payment plan methods or make additional payments, your installment fee charge for each payment due and the total amount of installment fees during the policy period may change or even increase.

Please note that the Allstate® Easy Pay Plan allows you to have your insurance payments automatically deducted from your checking or savings account.

**Allstate Northbrook Indemnity Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Steven P. Sorenson*
Steven P. Sorenson
President

*Susan L Lees*
Susan L. Lees
Secretary

CA0108BD



## Important notices

Policy number: 627 704 369
Policy effective date: March 12, 2017

# Reasons for Extension, Cancellation or Nonrenewal

California law requires Allstate to provide you with reasons why your policy may be extended, canceled or nonrenewed or your premium increased.

Allstate may cancel or nonrenew your policy for one or more of the following reasons:

- Nonpayment of premium;
- Fraud or material misrepresentation affecting the policy or the insured; or
- Substantial increase in the hazard we insure against.

In addition, your policy may be nonrenewed or your premium may be increased for any of the following reasons:

- Accident involvement by an insured and whether the insured is at fault in the accident;
- A change in, or addition of, an insured vehicle;
- A change in, or addition of, an insured under the policy;
- A change in the location of garaging of an insured vehicle;
- A change in the use of an insured vehicle;
- Conviction for violating any provision of the Vehicle Code or Penal Code relating to the operation of a motor vehicle;
- The payment made by an insurer due to a claim filed by an insured or a third party;
- Any other reason that is lawful and not unfairly discriminatory.

Accidents and convictions for violating any provision of the Vehicle Code or Penal code relating to the operation of a motor vehicle that occur within the 36-month period ending on the effective date of the policy may lead to an increase of your premium. You have the right to be informed, upon your request, of any increase in premium, in whole or in part, charged to you because of an accident or conviction.

Under certain circumstances, if we fail to send your renewal offer at least 20 days prior to your renewal effective date or if we fail to send your nonrenewal notice at least 30 days prior to the nonrenewal effective date, California law requires us to extend your existing policy term for 30 days from the date the notice is mailed or delivered to you.

## Other Uninsured Motorist Coverage Options

Your policy has been issued with the coverages and options you requested. Please refer to the enclosed Policy Declarations to verify that your policy has been issued according to your requests.

However, please be aware that you still have options concerning coverage for damages to your insured auto that you are legally entitled to recover from the owner or operator of an uninsured motor vehicle.

The following options are available **for each vehicle under your policy**. Please see your Policy Declarations to determine your current coverages for each of your vehicles.

- If your vehicle is insured for Auto Collision Insurance, we are offering a Waiver of your Collision Coverage Deductible to apply when the vehicle is damaged in an accident caused by an uninsured motor vehicle.
- If your vehicle is not insured for Auto Collision Insurance and is insured for Uninsured Motorists Insurance for bodily injury, we are offering you the opportunity to extend your Uninsured Motorists Insurance to cover property damage.
- You still have the option of rejecting either the Waiver of Collision Coverage Deductible or Uninsured Motorists Insurance for property damage, or both coverages.

If a vehicle insured under your policy is damaged by an uninsured motor vehicle and you are legally entitled to recover damages, we will, depending on the coverage you purchase, either:

- Pay the collision deductible on the insured motor vehicle when you have purchased collision coverage, or
- Pay for the damage to the insured motor vehicle when you have not purchased collision coverage but have purchased Uninsured Motorists Insurance for property damage.

Payment shall not include damage to personal property or loss of use of a motor vehicle and shall not exceed the smaller of:

- The amount of the collision deductible,
- The actual cash value of the insured motor vehicle,
- $3500.

The law also permits you to reject these coverages completely.

If you would like to purchase one of these coverages or make any other changes concerning these coverage options, please call your Allstate Agent.

## If You Have a Problem with Your Insurance

**Please contact your Allstate representative if you have any questions or concerns about your insurance. If a problem arises that you and your Allstate representative are unable to resolve satisfactorily, please call or write to:**

**Allstate Customer Service**
**PO Box 660598, Dallas, TX 75266-0598**
**1-800-ALLSTATE℠ (1-800-255-7828)**

X21010 064
17018A303202
1100000A303202X2ICA00017011B03053400028660060080020614

Important notices
Policy number: **627 704 369**
Policy effective date: March 12, 2017

Page **2** of 4



**If the problem remains unresolved, you may contact the California Department of Insurance at:**

**Consumer Services Division
California Department of Insurance
300 South Spring Street, Los Angeles, CA 90013
Consumer Hotline: 1-800-927-4357
Website:**
http://www.insurance.ca.gov/01-consumers/101-help/index.cfm

**Please contact the Department of Insurance only if you have been unable to satisfactorily resolve the problem with your Allstate representative and with Allstate.**

X5126-4

# Allstate Has Discounts Available on Your Auto Premium

We have several discounts available to our auto insurance customers. For your information, here is a listing of our discounts, including a brief description of each. (Certain rating information and any discounts that you're currently receiving are shown on the enclosed Policy Declarations.)

**Professionals, Associations and Allstate Motor Club®** **Discounts**—The following group of discounts for certain professions, associations and Allstate Motor Club® membership can help you manage the cost of your insurance protection. Please keep in mind that you can have only one of the following six discounts on your policy at any given time.

*Specialized Professionals Discount* —You may qualify for this discount when either you or your spouse has a professional degree in one of the following occupations:

- Education or Library Sciences, which could include College Professor, Counselor, Curator, Librarian, Principal, Teacher
- Science/Engineering/Information Technology, which could include Administrator, Analyst, Architect, Computer Programmer, Drafter, Engineer, Engineering or Information Technology Supervisor, Manager, Researcher, Scientist

*Professionals Discount* —You may qualify for this discount when either you or your spouse has a professional degree in one of the following occupations:

- Business Management/Marketing, which could include Accountant, Analyst, Auditor, Bookkeeper, Consultant, General Manager/Executive, Human

Resource Specialist, Marketing Specialist, Public Relations Specialist

- Financial Services, which could include Accountant, Actuary, Agent, Analyst, Appraiser, Broker, Claims Adjuster, Claims Investigator, Financial Advisor, Financial Investor, Loan Officer, Manager, Property Manager, Supervisor, Underwriter
- Health Care, which could include Administrator, Chiropractor, Dentist, Doctor, Health Care Supervisor, Manager, Orthodontist, Podiatrist, Registered Nurse, Surgeon, Pharmacist, Veterinarian
- Law/Government/Military, which could include Analyst, Auditor, Examiner, Judge, Lawyer, Legal or Government Supervisor, Legal Support Staff, Manager, Mediator, Military Officer (Active duty/Active Reserves/Retired), Military Warrant Officer
- Social Services, which could include Clergy, Counselor, Manager, Program Director, Psychologist, Social Service Supervisor, Social Service Worker, Therapist

*Homeowners Association Discount* —If either you or your spouse is an active member of a Homeowner Association, you may be eligible to save some money with this discount.

*Condo Association Discount* —You could qualify for this discount if either you or your spouse is an active member of a Condo Association.

*Alumni Association Discount* —You may be able to save some money and qualify for this discount if either you or your spouse is a member of a recognized alumni association of a four-year accredited college/university.

*Allstate Motor Club® Discount* —If either you or your spouse is a member of the Allstate Motor Club®, you may qualify for this discount. (Please note that having Allstate's Good Hands Roadside Assistance on your policy does not qualify you for this discount.)

**Distinguished Driver Discount**—The Distinguished Driver Discount applies to most major auto coverages. To qualify, the rated operator on a vehicle must meet certain requirements, including those explained below:

- For the past three years, the rated operator must have been licensed to drive a motor vehicle;
- The rated operator has had no traffic violation convictions for the past three years; and
- The rated operator has remained accident-free for the past five years, or has been less than 51% at fault in any accident that has occurred during the past five years and for which no claim payment was made.



Important notices
Page **3** of 4
Policy number: 627 704 369
Policy effective date: March 12, 2017

In addition, rated operators that have had no traffic violation convictions or accidents for even longer consecutive time periods may qualify for an even larger Distinguished Driver Discount amount.

The Distinguished Driver Discount is applied on a per vehicle basis. Therefore, if a vehicle does not have an assigned operator, the Distinguished Driver Discount will apply only if all operators in the household qualify for the Distinguished Driver Discount.

**Multiple Policy Discount**—You may qualify for a discount on most major auto coverages if you or your spouse or registered domestic partner are also the named insured on a qualifying Allstate Insurance Company Homeowners, Condominium Owners, Mobile Home Owners, or Renters policy that covers the principal place of residence. If you or your spouse or registered domestic partner are the named insured on a qualifying Allstate individual life insurance policy or Allstate Personal Umbrella Policy, you may qualify for a discount on most of your major auto coverages.

**Good Driver Discount**—Depending on your driving experience and information in your driving record, such as the number of traffic violation convictions or accidents, you could be eligible for a 20% discount on your auto insurance premiums.

**Defensive Driver Discount**—Drivers age 55 or older who provide proof of successful completion of a Mature Driver Improvement Course approved by the California Department of Motor Vehicles may qualify for a 5% discount on some coverages. In order to be eligible, the driver must have voluntarily attended the course. This discount will be applied for three years after successful completion of the course; in order to continue to receive the discount after this three-year period, the course must again be successfully completed and proof presented.

**Anti-Theft Device Discount**—You may be eligible to receive a discount on your comprehensive coverage if you have a qualifying anti-theft device installed on your car.

**Occasional Operator Discount**—You may be eligible to receive a discount on most major auto coverages if the rated operator on a vehicle has been licensed for less than nine years and has 25% or less use of the vehicle.

**Good Student Discount**—You may be eligible to receive a discount on most major auto coverages if you have an unmarried driver on your policy who is a full-time student (high school, college, or academic home study program) and meets certain scholastic and other requirements.

**teenSMART™ Discount**—You may be eligible to receive a discount on most major auto coverages if you have a rated operator who is single, has been licensed five years or less, and completes the teenSMART™ program. The teenSMART™ program is a home study driver training program designed to help reduce the chances of your young driver being involved in an accident. Successfully completing the program can earn a discount of up to 15% on most major coverages provided by your auto policy.

**Other Rating Factors**—In addition to the discounts described above, we offer a number of special rates that can lower your premium. For example, you may be eligible to receive a lower rate if your insured auto (model year 2000 or earlier) is on our list of "economy cars." Ask your Allstate Agent for details about our special rates.

The premium for your insurance policy is based on a variety of factors, including information you have given us. Factors that can affect your premium include, for example, annual mileage driven, years of licensed driving experience and driving record. It is important that you notify us if the information upon which your premium is based is incorrect, incomplete, or changes, so that we may adjust your premium accordingly.

This notice provides only a general description of the qualifications and conditions for the discounts and special rates shown above. Other qualifications and conditions may apply. For complete details on qualifications and conditions, how your premium is determined, or if you have any questions about the information in this notice, including whether you may qualify for one or more discounts or special rates or whether your premium is accurate, please call your Allstate Agent.

**X5284-12**

# Voluntary Provider Networks

We want to let you know about a program that may be available to you.

If you, or anyone covered under your policy, is injured in a loss covered under your auto policy, a Voluntary Provider Network may be available to you. A Voluntary Provider Network includes a variety of participating medical providers that can treat those injuries.

Voluntary Provider Networks maintain lists of their participating providers. In the event that you experience a loss, your claims representative can provide you with contact information for any participating Allstate networks that may be available in your state at that time.

Important notices
Policy number:       627 704 369
Policy effective date:   March 12, 2017

Page **4** of 4



You are under no obligation to use a medical provider who is a member of one of these networks, and you are free to seek medical services from a provider of your choice. There is no penalty if you choose a provider outside the network. If you are injured and treated by a provider who is a member of one of the participating networks, we may review their bills for covered medical services for re-pricing based on the approved rate for that provider's network.

You do not need to make a choice about these networks at this time. Please keep in mind that using a provider within a network should not be considered a confirmation that you have coverage. This notice is for informational purposes only.

**X73469**





X21010064
170118A303202
1100000A303202X2ICA000170118030534002866008008020614

# Allstate
# Auto Insurance
# Policy

/////////////

**Policy:** {{{{{{{{{{{{{{{{{

**Effective:** ////////////////////

**Issued to:**
))))))))))))))))))))))))))))))
))))))))))))))))))))))))))))))
))))))))))))))))))))))))))))))
))))))))))))))))))))))))))))))

//////////////////////////////////
(((((((((((((((((((((((((((((((((((
{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{
{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{



AU104-3

## TABLE OF CONTENTS

**General** ............................................. 2
When And Where The Policy Applies ...................... 2
Limited Mexico Coverage ...................................2
Premium Changes ...........................................2
Coverage Changes ..........................................2
Duty To Report Policy Changes ............................2
Combining Limits Of Two Or More Autos Prohibited  3
Transfer ...................................................3
Termination ...............................................3
Non Renewal ...............................................3
Cancellation ..............................................3
**Part I — Automobile Liability Insurance**
        **Coverages AA and BB** ....................... 4
Insuring Agreement ........................................4
Additional Payments Allstate Will Make ................... 4
Insured Persons ...........................................4
Insured Autos .............................................4
Definitions ...............................................5
Exclusions — What is not covered ......................... 5
Financial Responsibility ..................................6
Limits Of Liability .......................................6
If There Is Other Insurance ...............................6
Assistance And Cooperation ................................6
Action Against Allstate ...................................6
Bankruptcy or Insolvency ..................................6
What To Do In Case Of An Auto Accident Or Claim ... 7
**Part II — Automobile Medical Payments**
        **Coverage CC** ............................... 7
Insuring Agreement ........................................7
Insured Persons ...........................................7
Insured Autos .............................................7
Definitions ...............................................7
Exclusions — What is not covered ......................... 8
Limits Of Liability .......................................8
Unnecessary or Unreasonable Medical Expenses ..... 9
If There Is Other Insurance ...............................9
Assistance And Cooperation ................................9
Action Against Allstate ...................................9
Proof Of Claim; Medical Reports ...........................9
**Part III — Coordinated Medical Protection**
        **Coverage CX** ............................... 9
Insuring Agreement ........................................9
Deductible ...............................................10
Insured Persons ..........................................10
Insured Autos ............................................10
Definitions ..............................................10
Exclusions — What is not covered ........................ 11
Limits Of Liability ......................................11
Unnecessary or Unreasonable Medical Expenses ... 11
If There Is Other Automobile Medical Insurance ..... 12

Assistance and Cooperation ...............................12
Action Against Allstate ..................................12
Proof of Claim; Medical Reports ..........................12
**Part IV — Automobile Death Indemnity Insurance**
        **Coverage CM** ............................ 12
Insuring Agreements ......................................12
Insured Persons ..........................................12
Definitions ..............................................12
Exclusions — What is not covered ........................ 12
Payment Of Benefits; Autopsy .............................13
Consent Of Beneficiary ...................................13
Proof Of Claim; Medical Reports ..........................13
**Part V — Automobile Disability Income Protection**
        **Coverage CW** ............................ 13
Insuring Agreement .......................................13
Insured Persons ..........................................13
Definitions ..............................................13
Exclusions — What is not covered ........................ 13
To Whom And When Payment Is Made .................. 14
Proof Of Claim; Medical Reports ..........................14
**Part VI — Uninsured Motorists Insurance**
        **Coverage SS** ............................. 14
Insuring Agreement .......................................14
Insured Persons ..........................................14
Definitions ..............................................15
Exclusions — What is not covered ........................ 16
Limits Of Liability ......................................16
If There Is Other Insurance ..............................16
Proof Of Claim; Medical Reports ..........................17
Assistance And Cooperation ...............................17
Payment Of Loss By Allstate ..............................17
Action Against Allstate ..................................17
If We Cannot Agree .......................................17
**Part VII — Protection Against Loss To The Auto**
        **Coverages DD, HH, HE, HF, HG, JJ,**
        **UU, ZA, ZZ** ............................. 18
Insurance Agreements For Each Coverage ......... 18
Waiver Of Collision Deductible Option ................. 18
If We Cannot Agree .......................................18
Additional Payments Allstate Will Make ................. 19
Insured Autos ............................................20
Definitions ..............................................20
Exclusions — What is not covered ........................ 21
Right To Appraisal .......................................21
Payment Of Loss By Allstate ..............................21
Limits Of Liability ......................................22
If There Is Other Insurance ..............................22
Action Against Allstate ..................................22
Subrogation Rights .......................................22
What You Must Do If There Is A Loss ................... 22

**Allstate Insurance Company**

# Allstate Insurance Company

**The Company Named in the Policy Declarations**
A Stock Company
Home Office: Northbrook, Illinois

# General

This policy is a legal contract between **you** and **us.** A coverage applies only when a premium for it is shown on the Policy Declarations. If more than one **auto** is insured, premiums will be shown for each **auto.** If **you** pay the premiums when due and comply with the policy terms, **Allstate**, relying on the information **you** have given **us,** makes the following agreements with **you.**

## When And Where The Policy Applies

**Your** policy applies only during the policy period. During this time, it applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

The policy period is shown on the Policy Declarations. If **we** offer to renew **your** policy, **you** may continue the policy for a successive policy period of six months by paying the required renewal premium payment when due. If the required renewal premium payment isn't received on or before the end of the then current policy period, **your** policy will terminate automatically on the expiration date of the then current policy period.

## Limited Mexico Coverage

For **your** protection **you** should purchase insurance from a company licensed in Mexico. However, the coverage of this policy for an insured private passenger or **utility auto** is extended to cover that **auto** within the Republic of Mexico. This coverage applies only while the insured **auto** is within 75 miles of the United States border and only for a period not to exceed ten days after each separate entry into the Republic of Mexico.

If loss or damage occurs which may require repair of the insured **auto** or replacement of any part(s) while the **auto** is in Mexican territory, the basis for adjustment of the claim will be as follows:

The repair or replacement costs will not exceed the cost of having the repairs or replacements made at the nearest point in the United States where the repairs or replacements can be made. The cost for towing, transportation and salvage operations of the **auto** while within Mexican territory are not covered under this policy.

## WARNING

Unless **you** have auto insurance written by a Mexican insurance company, **you** may spend many hours or days in jail if **you** have an accident in Mexico. Insurance coverage should be secured from a company licensed under the laws of Mexico to write such insurance in order to avoid complications and possible penalties under the laws of Mexico, including the impoundment of **your auto**.

## Changes
### Premium Changes

The premium for each **auto** which **Allstate** agrees to insure based on information **Allstate** has received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct, if it is complete, and if it changes during the policy period. **You** agree that if this information changes or is incorrect or incomplete, **we** may adjust **your** premium accordingly during the policy period.

## Coverage Changes

When **Allstate** broadens a coverage during the policy period without additional charge, **you** have the new feature if **you** have the coverage to which it applies. The new feature applies on the date the coverage change is effective in **your** state. Otherwise, the policy can be changed only by endorsement. Any change in **your** coverage will be made using the rules, rates and forms in effect, and on file if required, for **our** use in **your** state.

## Duty To Report Policy Changes

**Your** policy was issued in reliance on the information **you** provided concerning **autos** and persons insured by the policy. To properly insure **your auto, you** should promptly notify **us** when **you** change **your** address or whenever any **resident** operators insured by **your** policy are added or deleted.

**You** must tell **us** within 30 days when **you** acquire a replacement **auto.** If **you** don't, certain coverages of this policy may not apply.

**Page 2**

# Allstate Insurance Company

When **you** acquire an additional **auto**, **we** will provide 30 days of coverage immediately after **you** become the owner. However, **we** will provide this coverage only if:

1. **you** acquire the **auto** during the policy period;

2. **you** tell **us** within 30 days of acquiring the **auto**;

3. no other insurance policy provides coverage for the **auto**; and

4. **you** pay the additional premium.

**We** will not provide coverage for more than 30 days unless:

1. **you** ask **us** to insure the additional **auto** within 30 days after **you** become the owner;

2. **we** agree to provide the coverage **you** select for this **auto**; and

3. **you** pay the additional premium.

## Combining Limits Of Two Or More Autos Prohibited

If **you** have two or more **autos** insured in **your** name and one of these **autos** is involved in an accident, only the coverage limits shown on the Policy Declarations for that **auto** will apply. When **you** have two or more **autos** insured in **your** name and none of them is involved in the accident, **you** may choose any single **auto** shown on the Policy Declarations and the coverage limits applicable to that **auto** will apply.

The limits available for any other **auto** covered by the policy will not be added to the coverage for the involved or chosen **auto**.

## Transfer

This policy can't be transferred to anyone without **our** written consent. However, if **you** die, coverage will be provided until the end of the policy period for:

1. **your** legal representative while acting as such, and

2. persons covered on the date of **your** death.

## Termination

If **we** offer to renew **your** policy and **your** required premium payment isn't received on or before the end of the then current policy period, **your** policy will terminate automatically on the expiration date of the then current policy period.

## Non Renewal

If **we** don't intend to continue the policy beyond the current policy period, **we** will mail **you** notice at least 20 days before the end of the policy period.

## Cancellation

**You** may cancel this policy by writing **us** the future date **you** wish to stop coverage.

**Allstate** may cancel part or all of this policy by mailing notice to **you** at **your** last known address. If **we** cancel because **you** didn't pay the premium, the date of cancellation will be at least 10 days after the date of mailing. If **we** cancel for any reason other than non-payment of premium, **we** will give **you** notice as follows:

1. During the first 60 days the original policy is in effect, **we** will give **you** 10 days notice of cancellation.

2. After the first 60 days, **we** will give **you** 20 days notice of cancellation.

Proof of mailing the notice will be proof of notice. A refund, if due, will be in proportion to the time **your** policy has been in effect. Cancellation will be effective even if the refund is not made immediately.

After **your** original policy has been in effect 60 days, **Allstate** won't cancel or reduce **your** coverage during the policy period unless:

1. **you** don't pay the premium when it's due;

2. **you** or any member of **your** household has had a driver's license suspended or revoked during the last 12 months; or

3. **Allstate** has mailed notice within the first 60 days that **we** don't intend to continue the policy.

**Page 3**

**Allstate Insurance Company**

# Part I
# Automobile Liability Insurance
# Bodily Injury---Coverage AA
# Property Damage —
# Coverage BB

**Allstate** will pay those damages which an insured person is legally obligated to pay because of:

1. **bodily injury**, sustained by any person, and

2. damage to, or destruction of, property.

Under these coverages, **your** policy protects an insured person from liability for damage arising out of the ownership, maintenance or use, loading or unloading of an insured **auto.**

**We** will defend an insured person sued for damages which are covered by this policy even if the suit is groundless or false. **We** will choose the counsel. **We** may settle any claim or suit if **we** believe it is proper. **We** will not defend an insured person sued for damages which are not covered by this policy.

## Additional Payments Allstate Will Make

When **we** defend an insured person under this Part, **we** will pay:

1. up to $50 a day for loss of wages or salary if **we** ask that person to attend hearings or trials to defend against a **bodily injury** suit. **We** won't pay for loss of other income. **We** will pay other reasonable expenses incurred at **our** request.

2. court costs for defense.

3. interest accruing on damages awarded. **We** will pay this interest only until **we** have paid, offered, or deposited in court the amount for which **we** are liable under this policy. **We** will only pay interest on damages not exceeding **our** limits of liability.

4. premiums on appeal bonds and on bonds to release attachments, but not in excess of **our** limit of liability. **We** aren't required to apply for or furnish these bonds.

**We** will repay an insured person for:

1. the cost of any bail bonds required due to an accident or traffic law violation involving the use of the insured **auto. We** won't pay more than $300 per bond. **We** aren't required to apply for or furnish these bonds.

2. any expense incurred for first aid to others at the time of an **auto** accident involving the insured **auto.**

## Insured Persons

1. While using **your** insured **auto:**
   a) **you,**
   b) any **resident,** and
   c) any other person using it with **your** permission.

2. While using a non-owned **auto:**
   a) **you,**
   b) any **resident** relative using a four wheel private passenger **auto** or **utility auto.**

3. Any other person or organization liable for the use of an insured **auto** if the **auto** is not owned or hired by this person or organization, provided the use is by an insured person under 1. or 2. above and then only for that person's acts or omissions.

## Insured Autos

1. Any **auto** described on the Policy Declarations. This includes the four wheel private passenger **auto** or **utility auto you** replace it with.

2. An additional four wheel private passenger **auto** or **utility auto you** become the owner of during the policy period will be covered for 30 days immediately after **you** acquire it. However, **we** will provide this coverage only if **Allstate** or one of its affiliates insures all other private passenger **autos** or **utility autos you** own, and **you** pay the additional premium.

   Coverage will be continued beyond this 30 day period only if:
   a) **you** ask **us** to continue coverage within 30 days after **you** acquire the **auto** or **utility auto;**
   b) **we** agree to continue coverage for this additional **auto** or **utility auto;**
   c) **you** pay the additional premium.

3. A substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident,** being temporarily used while **your**

Page 4

# Allstate Insurance Company

insured **auto** is being serviced or repaired, or if **your** insured auto is stolen or destroyed.

4. A non-owned **auto** used by **you** or a **resident** relative with the owner's permission. This **auto** must not be available or furnished for the regular use of **you** or a **resident** relative.

5. A trailer while attached to an insured **auto**. The trailer must be designed for use with a private passenger **auto** or **utility auto.** This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto.**

## Definitions

1. **"Allstate", "We", "Us",** or **"Our"**—means the company as indicated on the Policy Declarations.

2. **"Auto"**—means a land motor vehicle designed for use on public roads.

3. **"Bodily Injury"**—means bodily injury, sickness, disease or death.

4. **"Resident"**—means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

5. **"Utility Auto"**—means an **auto** of the pick-up body, sedan delivery or panel truck type. This **auto** must have a rated load capacity of not more than 2,000 pounds.

6. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

## Exclusions—What is not covered

**Allstate** will not pay for those damages which an insured person is legally obligated to pay because of:

1. **bodily injury** or property damage arising out of the use of **your** insured **auto** while used to carry persons or property for a charge, or any **auto you** are driving while available for hire by the public. This exclusion does not apply to shared-expense car pools or when the three following conditions are met:

a) **you** are operating an **auto** as a volunteer service for a nonprofit charitable organization or a governmental agency; and

b) **you** are transporting physically or mentally handicapped persons or persons 60 years of age or older; and

c) **you** do not receive more than the amount allowed for by law for reimbursement of actual miles driven.

2. **bodily injury** or property damage arising out of auto business operations such as repairing, servicing, testing, washing, parking, storing, or selling **autos.** This exclusion applies only if there is other collectible liability insurance available to that person with limits at least equal to the minimum requirements of the applicable Motor Vehicle Financial Responsibility law. However, if there is no other collectible liability insurance, the maximum payable under this policy is limited to the minimum requirements of the applicable Motor Vehicle Financial Responsibility law.

However, coverage does apply to **you**, or a **resident** relative when using **your** insured **auto**.

3. **bodily injury** or property damage arising out of the use of a non-owned **auto** in any business or occupation of an insured person. However, this exclusion does not apply while **you, your** chauffeur, or domestic servant are using a private passenger **auto** or trailer.

4. **bodily injury** to an employee of any insured person arising in the course of employment. This exclusion does not apply to **your** domestic employee who is not required to be covered by a worker's compensation law or similar law.

5. **bodily injury** to a co-worker injured in the course of employment. This exclusion does not apply to **you.**

6. **bodily injury** to **you** or any **resident** of **your** household related to **you** by blood, marriage, or adoption whenever the ultimate benefits of this coverage would accrue directly or indirectly to **you** or any **resident** of **your** household related to **you** by blood, marriage or adoption.

**Page 5**

# Allstate Insurance Company

7.  damage to or destruction of property an insured person owns, transports, is in charge of, or rents. An **auto** operated by an insured person is considered to be property in charge of an insured person. However, a private residence or a garage rented by that person is covered.

8.  **bodily injury** or property damage which may reasonably be expected to result from the intentional or criminal acts of an insured person or which are in fact intended by an insured person.

9.  **bodily injury** or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

## Financial Responsibility

When this policy is certified as proof under any motor vehicle financial responsibility law, this policy will comply with the provisions of that law.

## Limits Of Liability

The limits shown on the Policy Declarations are the maximum **we** will pay for any single **auto** accident. The limit stated for each person for **bodily injury** is the maximum **we** will pay for damages because of **bodily injury** sustained by one person in any single **auto** accident, including damages sustained by anyone else as a result of the **bodily injury.** Subject to the limit for each person, the limit stated for each occurrence is the maximum **we** will pay for damages for **bodily injury** sustained by two or more persons in any single **auto** accident. For property damage, the limit applies to damages arising from each occurrence.

The liability limits apply to each insured **auto** as shown on the Policy Declarations. The insuring of more than one person or **auto** under this policy will not increase **our** liability limits beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto.** The limits also won't be increased if **you** have other auto insurance policies that apply.

There will be no duplication of payments made under the Bodily Injury Liability and Uninsured Motorists Coverage of this policy.

An **auto** and attached trailer are considered one **auto.** Also, an **auto** and a mounted camper unit, topper, cap or canopy are considered one **auto.**

If a single "each occurrence" limit is stated on the Policy Declarations for Automobile Liability Insurance, this limit will be the maximum amount of **Allstate's** liability for both **bodily injury** and property damage arising out of any one occurrence.

## If There Is Other Insurance

If an insured person is using a substitute private passenger **auto** or non-owned **auto, our** liability insurance will be excess over other collectible insurance. If more than one policy applies on a primary basis to an accident involving **your** insured **auto, we** will bear **our** proportionate share with other collectible liability insurance.

If more than one policy applies on an excess basis, **we** will bear **our** proportionate share with other collectible excess liability insurance.

## Assistance And Cooperation

When **we** ask, an insured person must cooperate with **us** in the investigation, settlement and defense of any claim or lawsuit. If **we** ask, that person must also help **us** obtain payment from anyone who may be jointly responsible.

**We** can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for bail bonds or first aid to others.

## Action Against Allstate

No insured person may sue **us** under this coverage unless there is full compliance with all the policy terms.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and **us,** then whoever obtains this judgment or agreement against an insured person, may sue **us** up to the limits of this policy. However, no one has the right to join **us** in a suit to determine legal responsibility.

## Bankruptcy or Insolvency

The bankruptcy or insolvency of an insured person or that person's estate won't relieve **us** of any obligation.

**Page 6**

## Allstate Insurance Company

**What To Do In Case Of An Auto Accident Or Claim**

If an insured person has an **auto** accident, **we** must be informed promptly of all details. If an insured person is sued as the result of an **auto** accident, **we** must be informed as soon as possible.

# Part II
# Automobile Medical Payments Coverage CC

**Allstate** will pay to or on behalf of an insured person all reasonable expenses actually incurred by an insured person for necessary medical treatment, medical services or medical products actually provided to the insured person. Ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, and funeral service expenses, and professional nursing services are covered. Payments will be made only when **bodily injury** is caused by an **auto** accident.

The treatment, services, or products must be rendered within one year after the accident. This will be extended to five years if the amount of insurance shown on the Policy Declarations for this coverage is more than $5,000.

This coverage does not apply to any person to the extent that the treatment is covered under any workers compensation law.

**Insured Persons**

1.  **You** and any **resident** relative who sustains **bodily injury** while in, on, getting into or out of, or when struck by an **auto** or trailer. The use of a non-owned **auto** must be with the owner's permission.

2.  Any other person who sustains **bodily injury** while in, on, getting into or out of
    a) **your** insured **auto** while being used by **you**, a **resident** relative, or any other person with **your** permission.
    b) a non-owned **auto** if the injury results from **your** operation or occupancy.
    c) a non-owned **auto** if the injury results from the operation on behalf by **your** private chauffeur or domestic servant.
    d) a non-owned private passenger **auto** or trailer if the injury results from the

operation or occupancy by a **resident** relative.

The use of non-owned **autos** must be with the owner's permission.

**Insured Autos**

1.  Any **auto** described on the Policy Declarations. This includes the four wheel private passenger **auto** or **utility auto** you replace it with.

2.  An additional four wheel private passenger **auto** or **utility auto you** acquire ownership of during the policy period will be covered for 30 days immediately after you become the owner. However, **we** will provide this coverage only if **Allstate** or one of its affiliates insure all other private passenger **auto** or **utility autos you** own, and **you** pay the additional premium.

    Coverage will be continued beyond this 30 day period only if:
    a) **you** ask **us** to continue coverage within 30 days after **you** acquire the **auto** or **utility auto**;
    b) **we** agree to continue coverage for this additional **auto** or **utility auto**;
    c) **you** pay the additional premium.

3.  A substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident,** temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

4.  A non-owned **auto** having not less than four wheels used with the owner's permission. This **auto** must not be available or furnished for the regular use of an insured person.

5.  A trailer while attached to an insured **auto**. The trailer must be designed for use with a private passenger **auto** or **utility auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**.

**Definitions**

1.  **"Allstate", "We", "Us"**, or **"Our"**—means the company as indicated on the Policy Declarations.

2.  **"Auto"**—means a land motor vehicle designed for use on public roads.

**Page 7**

# Allstate Insurance Company

**3.** **"Bodily Injury"**—means bodily injury, sickness, disease or death.

**4.** **"Resident"**—means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

**5.** **"Utility Auto"**—means an **auto** of the pickup body, sedan delivery or panel truck type. This **auto** must have a rated load capacity of not more than 2,000 pounds.

**6.** **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

## Exclusions—What is not covered

This coverage does not apply to **bodily injury** to:

**1.** **you** or a **resident** relative while in, on, getting into or out of an **auto you** or a **resident** relative own but do not insure for this coverage.

**2.** **you** or a **resident** relative while in, on, getting into or out of, or struck as a pedestrian by:
   **a)** a vehicle operated on rails or crawler-treads, or
   **b)** a vehicle or other equipment designed for use off public roads, while not on public roads.

**3.** any person while in, on, getting into or out of:
   **a)** an owned **auto** while available for hire to the public. This exclusion does not apply to shared-expense car pools.
   **b)** an **auto** or trailer while used as a residence or premises.

**4.** any person, other than **you** or a **resident** relative, while using a non-owned **auto**:
   **a)** which is available for hire by the public, or
   **b)** in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos**.

   Coverage is provided for **you, your** private chauffeur or domestic servant while using a private passenger **auto** or trailer in any other business or occupation.

**5.** any person resulting from any act of war, insurrection, rebellion, or revolution.

## Limits Of Liability

The limit shown on the Policy Declarations is the maximum **we** will pay for all expenses incurred by or for each person as the result of any one **auto** accident.

The medical payments limit applies to each insured **auto** as shown on the Policy Declarations. The insuring of more than one person or **auto** under this policy won't increase **our** limit beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limit also won't be increased if **you** have other auto insurance policies that apply.

If an insured person dies as the result of a covered **auto** accident, **we** will pay the least of the following as a funeral service expenses benefit:

**1.** $2,000; or

**2.** the Coverage CC limit of liability stated on the Policy Declarations; or

**3.** the remaining portion of the Coverage CC limit of liability not expended for other covered medical expenses.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for Coverage CC. This benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent if that parent is a resident of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

There will be no duplication of payments made under the Bodily Injury Liability and Automobile Medical Payments coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the Bodily Injury Liability coverage of this policy will be reduced by that amount.

**Page 8**

# Allstate Insurance Company

## Unnecessary or Unreasonable Medical Expenses

If the insured person incurs medical expenses which **we** deem to be unreasonable or unnecessary, **we** may refuse to pay those expenses and contest them. Unreasonable medical expenses are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary medical expenses are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount, or duration of medical services.

If the insured person is sued by a medical services provider because **we** refuse to pay contested medical expenses, **we** will pay all defense costs and any resulting judgment against the insured person. **We** will choose the counsel. The insured person must cooperate with **us** in the defense of any claim or lawsuit. If **we** ask the insured person to attend hearings or trials, **we** will pay up to $50 per day for lost wages or salary. **We** will also pay other reasonable expenses incurred at our request.

## If There Is Other Insurance

When this coverage applies to a substitute **auto** or non-owned **auto**, **Allstate** will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible auto medical insurance.

When this coverage applies to an owned **auto** insured by an affiliate of **Allstate** or any other insurer, **Allstate** will pay only after all other collectible **auto** medical insurance has been exhausted.

## Assistance And Cooperation

When **we** ask, an insured person must cooperate with **us** in the investigation, settlement and defense of any claim or lawsuit. If **we** ask, that person must also help **us** obtain payment from anyone who may be jointly responsible.

**We** can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for first aid to others.

## Action Against Allstate

No one may sue **us** under this coverage unless there is full compliance with all the policy terms.

## Proof Of Claim; Medical Reports

As soon as possible, any person making claim must give **us** written proof of claim. It must include all details **we** may need to determine the amounts payable. **We** may also require any person making claim to submit to questioning under oath and sign the transcript.

The injured person may be required to take medical examinations by physicians **we** choose, as often as **we** reasonably require. **We** must be given authorization to obtain medical reports and other records pertinent to the claim.

# Part III
# Coordinated Medical Protection Coverage CX

**Allstate** will pay to or on behalf of an insured person all reasonable expenses incurred for necessary medical treatment, services, or products actually provided to an insured person. Ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, funeral service expenses, and professional nursing services are covered. Payments will be made only when **bodily injury** is caused by an **auto** accident. The treatment, services, or products must be rendered within five years after the accident.

Coverage CX applies to **you** and **resident** relatives on an excess basis only. This means that **Allstate** will not be liable to the extent that any elements of loss covered under Coordinated Medical Protection are paid, payable or required to be provided to or on behalf of **you** or a **resident** relative under the provisions of any and all **primary medical plans**.

Coverage CX will apply on a primary basis to expenses for elements of loss which are not covered under the **primary medical plan** applicable to **you** or **resident** relatives.

Coverage CX does not apply to any person to the extent that the treatment is covered under any workers compensation law.

**Page 9**

# Allstate Insurance Company

## Deductible
If there is no **primary medical plan** covering **you**
and **resident** relatives in effect on the date of the
accident, **Allstate** will pay only when covered
expenses for **you** or a **resident** relative exceed
$2,000. **We** will then pay only the excess amount.
This deductible applies to each person. This
paragraph does not apply if coverage under the
**primary medical plan** terminates within 30 days
prior to the loss.

This deductible does not apply to funeral service
expenses.

## Insured Persons
1. **You** and any **resident** relative who sustains
   **bodily injury** while in, on, getting into or out
   of, or when struck by, an **auto** or trailer. The
   use of a non-owned **auto** must be with the
   owner's permission.

2. Any other person who sustains **bodily injury**
   while in, on, getting into or out of
   a) **your** insured **auto** while being used by
      **you**, a **resident** relative, or any other
      person with **your** permission.
   b) a non-owned **auto** if the injury results
      from **your** operation or occupancy.
   c) a non-owned **auto** if the injury results
      from the operation on **your** behalf by **your**
      private chauffeur or domestic servant.
   d) a non-owned private passenger **auto** or
      trailer if the injury results from the
      operation or occupancy by a **resident**
      relative.

   The use of non-owned **autos** must be with the
   owner's permission.

## Insured Autos
1. Any **auto** described on the Policy Declarations.
   This includes the four wheel private passenger
   **auto** or **utility auto you** replace it with.

2. An additional four wheel private passenger
   **auto** or **utility auto you** acquire ownership of
   during the policy period will be covered for 30
   days immediately after **you** become the owner.
   However, **we** will provide this coverage only if
   **Allstate** or one of its affiliates insure all other
   private passenger **autos** or **utility autos you**
   own, and **you** pay the additional premium.

Coverage will be continued beyond this 30 day
period only if:
a) **you** ask **us** to continue coverage within 30
   days after **you** acquire the **auto** or **utility
   auto**;
b) **we** agree to continue coverage for this
   additional **auto** or **utility auto**;
c) **you** pay the additional premium.

3. A substitute four wheel private passenger **auto**
   or **utility auto**, not owned by **you** or a
   **resident**, temporarily used while **your** insured
   **auto** is being serviced or repaired, or if **your**
   insured **auto** is stolen or destroyed.

4. A non-owned **auto** having not less than four
   wheels used with the owner's permission. This
   **auto** must not be available for the regular use
   of an insured person.

5. A trailer while attached to an insured **auto**. The
   trailer must be designed for use with a private
   passenger **auto** or **utility auto**. This trailer
   can't be used for business purposes with other
   than a private passenger **auto** or **utility auto**.

## Definitions
1. **"Allstate", "We", "Us",** or **"Our"**—means the
   company as indicated on the Policy
   Declarations.

2. **"Auto"**—means a land motor vehicle designed
   for use on public roads.

3. **"Bodily Injury"**—means bodily injury,
   sickness, disease or death.

4. **"Primary Medical Plan"**—means individual,
   blanket or group accident disability, health,
   major medical or hospitalization insurance or
   a health maintenance organization which
   covers expenses on a primary basis for
   treatment, services and products required due
   to a **bodily injury** caused by an **auto** accident.
   The Federal Medicare program is not a primary
   medical plan.

5. **"Resident"**—means a person who physically
   resides in **your** household with the intention of
   continuing residence there. **Your** unmarried
   dependent children while temporarily away
   from home will be considered residents if they
   intend to resume residing in **your** household.

Page 10

# Allstate Insurance Company

6. **"Utility Auto"**—means an **auto** of the pickup body, sedan delivery or panel truck type. This **auto** must have a rated load capacity of not more than 2,000 pounds.

7. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

## Exclusions—What is not covered

This coverage does not apply to **bodily injury** to

1. **you** or a **resident** relative while in, on, getting into or out of an **auto you** or a **resident** relative own but do not insure for this coverage under this policy.

2. **you** or a **resident** relative while in, on, getting into or out of, or when struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads, or
   b) a vehicle or other equipment designed for use off public roads while not on public roads.

3. any person while in, on, getting into or out of:
   a) an owned **auto** while available for hire to the public. This exclusion does not apply to shared-expense car pools.
   b) an **auto** or trailer while used as a residence or premises.

4. any person, other than **you** or a **resident** relative, while using a non-owned **auto**:
   a) which is available for hire by the public, or
   b) in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos**.

   Coverage is provided for **you, your** private chauffeur or domestic servant while using a private passenger **auto** or trailer in any other business or occupation.

5. any person resulting from any act of war, insurrection, rebellion, or revolution.

## Limits Of Liability

The limit shown on the Policy Declarations is the maximum **we** will pay for all expenses incurred by or for each insured person as the result of any one **auto** accident.

The medical payments limit applies to each insured **auto** as shown on the Policy Declarations. The insuring of more than one person or **auto** under this policy won't increase **our** limit beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limit also won't be increased if **you** have other auto insurance policies that apply.

If an insured person dies as the result of a covered **auto** accident, **we** will pay the least of the following as a funeral service expenses benefit:

1. $2,000; or

2. the remaining portion of the Coverage CX limit of liability not expended for other covered medical expenses.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for Coverage CX. This benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent if that parent is a resident of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

There will be no duplication of payments made under the Bodily Injury Liability and Coordinated Medical Protection coverage of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the Bodily Injury Liability coverage of this policy will be reduced by that amount.

## Unnecessary or Unreasonable Medical Expenses

If the insured person incurs medical expenses which **we** deem to be unreasonable or unnecessary, **we** may refuse to pay those expenses and contest them. Unreasonable medical expenses are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary medical expenses are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount, or duration of medical services.

**Page 11**

# Allstate Insurance Company

If the insured person is sued by a medical services provider because **we** refuse to pay contested medical expenses, **we** will pay all defense costs and any resulting judgment against the insured person. **We** will choose the counsel. The insured person must cooperate with **us** in the defense of any claim or lawsuit. If **we** ask the insured person to attend hearings or trials, **we** will pay up to $50 per day for lost wages or salary. **We** will also pay other reasonable expenses incurred at our request.

## If There Is Other Automobile Medical Insurance

When this coverage applies to a substitute **auto** or a non-owned **auto**, **Allstate** will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible auto medical insurance.

When this coverage applies to an owned **auto** insured by an affiliate of **Allstate** or any other insurer, **Allstate** will pay only after all other collectible auto medical insurance has been exhausted.

## Assistance and Cooperation

When **we** ask, an insured person must cooperate with **us** in the investigation, settlement and defense of any claim or lawsuit. If **we** ask, that person must also help us obtain payment from anyone who may be jointly responsible.

**We** can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for first aid to others.

## Action Against Allstate

No one may sue **us** under this coverage unless there is full compliance with all the policy terms.

## Proof of Claim; Medical Reports

As soon as possible, any person making claim must give **us** written proof of claim. It must include all details **we** may need to determine the amounts payable. **We** may also require any person making claim to submit to questioning under oath and sign the transcript.

The injured person may be required to take medical examinations by physicians **we** choose, as often as **we** reasonably require. **We** must be given authorization to obtain medical reports and other records pertinent to the claim.

# Part IV
# Automobile Death Indemnity Insurance
# Coverage CM

**Allstate** will pay the benefit shown on the Policy Declarations if an insured person dies as the direct result of **bodily injury** caused by an **auto** accident. The injury must be sustained while the insured person is in, on, getting into or out of, or when struck as a pedestrian by an **auto,** trailer or semi-trailer.

Benefits will be paid only if:
1.  death occurs within 90 days of the **auto** accident; or

2.  death occurs within 1 year of the **auto** accident and the **bodily injury** has continuously prevented the insured person from performing all duties pertaining to that person's occupation.

## Insured Persons

The person or persons shown as insured on the Policy Declarations under Coverage CM.

## Definitions

1.  **"Allstate", "We",** or **"Us"**—means the company as indicated on the Policy Declarations.

2.  **"Auto"** — means a land motor vehicle designed for use on public roads.

3.  **"Bodily Injury"**—means bodily injury, sickness or disease.

## Exclusions—What is not covered

This coverage does not apply to death:
1.  sustained in the course of an occupation by any person while:
    a)  operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial **auto**, or an **auto** hired or rented to others for a charge.

**Page 12**

**Allstate Insurance Company**

   **b)**  repairing or servicing **autos,** including any related duties.

**2.**  due to suicide committed while sane or insane.

**3.**  due to any act of war, insurrection, rebellion, or revolution.

**4.**  sustained while in, on, getting into or out of, or when struck as a pedestrian by
   **a)**  a vehicle operated on rails or crawler-treads;
   **b)**  a vehicle or other equipment designed for use off public roads, while not on public roads; or
   **c)**  a vehicle when used as a residence or premises.

## Payment Of Benefits; Autopsy

The benefit is payable to the deceased insured person's spouse. The spouse must be a resident of the same household as the insured person at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent. That parent must be a resident of the same household as the minor at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

**Allstate** has the right and must be given the opportunity to make an autopsy where it is not prohibited by law.

## Consent Of Beneficiary

The beneficiary's consent is not required for cancellation, assignment, change of beneficiary, or any other change under this coverage.

## Proof Of Claim; Medical Reports

As soon as possible, **we** must be given written proof of claim. It must include all details **we** may need to determine if benefits are payable.

**We** must be given authorization to obtain medical reports and copies of records.

# Part V
# Automobile Disability Income Protection
# Coverage CW

**Allstate** will pay the weekly benefit shown on the Policy Declarations if an insured person sustains continuous total disability as a direct result of **bodily injury** caused by an **auto** accident. The injury must be sustained while in, on, getting into or out of, or when struck as a pedestrian by an **auto**, trailer or semi-trailer.

Benefits will be paid only while the insured person is alive and only if the disability:

**1.**  commences within 20 days of the date of the accident; and

**2.**  during the first year after commencement, continuously prevents the insured person from performing all duties pertaining to that person's occupation; and

**3.**  during the second and subsequent years after commencement, continuously prevents the insured person from engaging in any occupation or employment for wage or profit.

## Insured Persons

The person or persons shown as insured on the Policy Declarations under Coverage CW.

## Definitions

**1.**  **"Allstate", "We"**, or **"Us"**—means the company as indicated on the Policy Declarations.

**2.**  **"Auto"**—means a land motor vehicle designed for use on public roads.

**3.**  **"Bodily Injury"**—means bodily injury, sickness or disease.

## Exclusions—What is not covered

This coverage does not apply to disability:

**1.**  sustained in the course of an occupation by any person while:
   **a)**  operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial **auto,** or an **auto** hired or rented to others for a charge.

**Page 13**

# Allstate Insurance Company

**b)** repairing or servicing **autos,** including any related duties.

**2.** due to any attempt at suicide while sane or insane.

**3.** due to any act of war, insurrection, rebellion or revolution.

**4.** sustained while in, on, getting into or out of, or when struck as a pedestrian by
**a)** a vehicle operated on rails or crawler-treads;
**b)** a vehicle or other equipment designed for use off public roads, while not on public roads; or
**c)** a vehicle when used as a residence or premises.

### To Whom And When Payment Is Made
Weekly benefits are payable to the disabled insured person. Accrued weekly benefits are payable every four weeks. Any remaining balance is payable at termination of the disability period. Benefits end upon the death of the insured person.

### Proof Of Claim; Medical Reports
As soon as possible, any person making claim must give **us** written proof of claim.

The injured person may be required to take medical examinations by physicians **we** choose, as often as **we** reasonably require. **We** must be given authorization to obtain medical reports and copies of records.

# Part VI
# Uninsured Motorists Insurance Coverage SS
**We** will pay those damages that an insured person is legally entitled to recover from the owner or operator of an uninsured auto because of:
**1.** **bodily injury** sustained by an insured person, and **property damage**.

**2.** **Property damage** is covered only if a separate limit is shown on the Policy Declarations for Uninsured Motorists Insurance—Property Damage.

The **bodily injury** or **property damage** must be caused by accident and arise out of the ownership, maintenance or use of an uninsured auto. **We** will not pay any punitive or exemplary damages.

The right to benefits and the amount payable will be decided by agreement between the insured person and **Allstate.** If an agreement can't be reached, the decision will be made by arbitration.

If an insured person sues a person believed responsible for the accident without **our** written consent, **we** aren't bound by any resulting judgment.

### Insured Persons
**1.** **You** and any **resident** relative.

**2.** Any other person while in, on, getting into or out of an insured auto with **your** permission.

**3.** Any other person who is legally entitled to recover because of **bodily injury** to **you,** a **resident** relative, or an occupant of **your** insured auto with **your** permission.

### An insured auto is a motor vehicle:
**1.** described on the Policy Declarations. This includes the **motor vehicle you** replace it with.

**2.** **you** become the owner of during the premium period. This additional **motor vehicle** will be covered for 30 days immediately after **you** become the owner. However, **we** will provide this coverage only if **Allstate** or one of its affiliates insure all other private passenger **motor vehicles you** own, and **you** pay the additional premium. Coverage will be continued beyond this 30 day period only if:
**a)** **you** ask **us** to continue coverage within 30 days after **you** acquire the **motor vehicle**;
**b)** **we** agree to continue coverage for this additional **motor vehicle**;
**c)** **you** pay the additional premium.

**3.** not owned by **you** or a **resident** relative if being temporarily used while **your** insured auto is being serviced or repaired, or if **your** insured auto is stolen or destroyed. The **motor vehicle** must be used with the owner's permission.

**Page 14**

# Allstate Insurance Company

**4.** not owned by **you** or a **resident** relative, if being operated by **you** with the owner's permission. The **motor vehicle** can't be furnished for the regular use of **you** or any **resident** relative.

An insured auto is not a **motor vehicle** made available for public hire by an insured person. This restriction does not apply when the three following conditions are met:

**1.** **you** are operating an auto as a volunteer service for a non-profit charitable organization or governmental agency; and

**2.** **you** are transporting physically or mentally handicapped persons or persons 60 years of age or older; and

**3.** **you** do not receive more than the amount allowed for by state law for reimbursement of actual mileage driven.

## An uninsured auto is:

**1.** a **motor vehicle** which has no bodily injury or property damage liability bond or insurance policy in effect at the time of the accident.

**2.** a **motor vehicle** for which the insurer denies coverage, becomes insolvent or refuses to admit coverage except conditionally or with reservation.

**3.** a hit-and-run **motor vehicle** which causes:
  **a)** **bodily injury** to an insured person by physical contact with the insured person or with a vehicle occupied by that person. The identity of the operator and the owner of the vehicle must be unknown. The accident must be reported within 24 hours to the proper authorities. **We** must be notified within 30 days.
  **b)** **property damage** by direct physical contact with the insured auto. The identity of the operator or the owner of the vehicle must be known or the vehicle itself must be identified by its license number. **We** must be notified within 10 business days. This coverage does not apply if the identified vehicle has applicable property damage insurance.

    If the insured person was occupying a vehicle at the time of the accident, **we** have a right to inspect it.

**4.** an underinsured **motor vehicle** which has a bodily injury liability bond or bodily injury liability insurance in effect and applicable at the time of the accident, but in an amount less than the applicable bodily injury limit of liability for Uninsured Motorists Bodily Injury coverage shown on the Policy Declarations.

## An uninsured auto is not:

**1.** a **motor vehicle** that is lawfully self-insured.

**2.** a **motor vehicle** owned by any federal, state, or local government or agency.

**3.** a **motor vehicle** insured for bodily injury under Part I of this policy.

## Definitions

**1.** **"Allstate", "We", "Us"**, or **"Our"**—means the company as indicated on the Policy Declarations.

**2.** **"Bodily Injury"**—means bodily injury, sickness, disease or death.

**3.** **"Motor Vehicle"**—means a land motor vehicle or trailer other than
  **a)** a vehicle or other equipment designed or modified for use off public roads, while not on public roads, or
  **b)** a vehicle when used as a residence or premises.

**4.** **"Property Damage"**—means damage to or destruction of the insured auto, but does not include loss of use of the insured auto, damage to personal property contained in the insured auto or damage caused by an underinsured **motor vehicle**.

**5.** **"Resident"**—means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

**6.** **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

**Page 15**

# Allstate Insurance Company

## Exclusions—What is not covered

**Allstate** will not pay any damages an insured person is legally entitled to recover because of:

1. **bodily injury** or **property damage** to any person who makes a settlement without **our** written consent.

2. **bodily injury** or **property damage** sustained while in, on, getting into or out of or when struck by an uninsured **motor vehicle** which is owned by **you** or a **resident** relative.

3. **bodily injury** or **property damage** sustained while in, on, getting into or out of a vehicle **you** own which is owned by **you** or a **resident** relative which is insured for this coverage under another policy.

4. **bodily injury** or **property damage**, if the payment would directly or indirectly benefit any workers compensation or disability benefits insurer, including a self-insurer, or directly benefit the United States, or any state or political subdivision.

## Limits Of Liability

1. The coverage limit shown on the Policy Declarations for:
   a) "each person" is the maximum that **we** will pay for damages arising out of **bodily injury** to one person in any one **motor vehicle** accident, including all damages sustained by anyone else as a result of that **bodily injury**.
   b) "each accident" is the maximum that **we** will pay for damages arising out of **bodily injury** to two or more persons in any one **motor vehicle** accident. This limit is subject to the limit for "each person".
   c) "each accident" is the maximum that **we** will pay for **property damage** arising out of any one **motor vehicle** accident. Subject to this limit, **our** limit of liability for **property damage** will be the lessor of:
      1) the actual cash value of the insured auto; or
      2) the amount necessary to repair or replace the insured auto.

2. These limits are the maximum **Allstate** will pay for any one **motor vehicle** accident regardless of the number of:
   a) claims made;
   b) vehicles or persons shown on the Policy Declarations; or
   c) vehicles involved in the accident.

   The Uninsured Motorists Coverage limits apply to each insured **motor vehicle** as shown on the Policy Declarations.

3. The limits for Coverage SS will be reduced by all amounts paid by or on behalf of the owner or operator of the underinsured **motor vehicle**.

4. **We** are not obligated to make any payment for **bodily injury** under this coverage which arises out of the use of an underinsured **motor vehicle** until after the limits of liability for all liability protection in effect and applicable at the time of the accident have been exhausted by payment of judgments or settlements.

5. Any loss payable under Coverage SS will be reduced by:
   a) all amounts payable under the bodily injury liability coverage provided by this policy.
   b) all amounts payable under any workers compensation law.

6. Subject to the limits of liability, damages payable will be reduced by any amount paid or due under this or any other automobile policy for:
   a) medical payments coverage; or
   b) coordinated medical payments coverage; or
   c) any similar medical payments insurance.

## If There Is Other Insurance

If the insured person was in, on, getting into or out of a vehicle **you** do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the insured person is legally entitled to recover damages in excess of the other policy limit, **we** will only pay the amount by which the limit of liability of this policy exceeds the limit of liability of that policy.

If more than one policy applies to the accident on a primary basis, the total benefits payable to any one

# Allstate Insurance Company

person will not exceed the maximum benefits payable under the policy with the highest limit for uninsured motorists coverage. **We** will bear **our** proportionate share with other uninsured motorists coverage. This applies no matter how many autos or auto policies may be involved whether written by **Allstate** or another company.

If more than one policy applies to the accident on an excess basis, the total benefits payable to any one person will not exceed the maximum benefits payable under the policy with the highest limit for excess uninsured motorist coverage. **We** will bear **our** proportionate share with other uninsured motorist coverage. This applies no matter how many autos or auto policies may be involved whether written by **Allstate** or another company.

## Proof Of Claim; Medical Reports

As soon as possible any person making claim must give **us** written proof of claim. It must include all details **we** may need to determine the amounts payable. **We** may also require any person making claim to submit to questioning under oath and sign the transcript.

The insured person may be required to take medical examinations by physicians **we** choose, as often as **we** reasonable require. **We** must be given authorization to obtain medical reports and copies of records.

## Assistance And Cooperation

**We**  may require the insured person to take proper action to preserve all rights to recover damages from anyone responsible for the **bodily injury**.

## Trust Agreement

When **we** pay any person under this coverage:

1.  **we** are entitled to repayment of amounts paid by **us** and related collection expenses out of the proceeds of any settlement or judgment that such person recovers from any responsible party or insurer.

2.  all rights of recovery against any responsible party or insurer must be maintained and preserved for **our** benefit.

3.  insured persons, if **we** ask, must take proper action in their name to recover damages from any responsible party or insurer.  **We** will select the attorney. **We** will pay all related costs and fees.

**We** will not ask the insured person to sue the insured of an insolvent insurer.

## Payment Of Loss By Allstate

Any amount due is payable to the insured person, the parent or guardian of an injured minor, or to the spouse of any insured person who dies. However, **we** may pay any other person or estate lawfully entitled to recover the damages.

## Action Against Allstate

No legal action can be brought against **us** under this coverage unless there is full compliance with all the policy terms or unless within one year from the date of the accident:

1.  suit for **bodily injury** has been filed against the uninsured motorist in a court of competent jurisdiction,

2.  agreement as to the amount due under this coverage has been concluded, or

3.  formal arbitration proceedings have been instituted.

If a suit has been filed against the uninsured motorist, the insured person must provide **us** notice of the suit. The notice must be in writing and be provided within a reasonable time after the insured knew or should have known the motorist was uninsured. If **we** are prejudiced by a failure to give notice the claim will be denied. In no event will the notice be required before one year from the date of the accident.

## If We Cannot Agree

If **you** and **we** disagree on **your** right to receive any damages or on the amount, then upon the written request of either party, the disagreement will be settled by a single neutral arbitrator.

If arbitration is used, any arbitration award will be binding and may be entered as a judgment in a proper court. All expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Arbitration will commence within one year from the date of the accident. No cause of action shall exist against either **you** or **Allstate** as a result of exercising the right to request arbitration of a claim.

Page 17

**Allstate Insurance Company**

# Part VII
# Protection Against Loss To The Auto

The following coverages apply when indicated on the Policy Declarations. Additional payments, autos insured, definitions, exclusions, and other information applicable to all these coverages appear beginning on page 19.

## COVERAGE DD
### Auto Collision Insurance

**Allstate** will pay for direct and accidental loss to **your** insured **auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. The deductible amount won't be subtracted from the loss payment in collisions involving **your** insured **auto** and another **auto** insured by **us.**

### Waiver Of Collision Coverage Deductible Option

The following applies only when the Policy Declarations indicate the Waiver of Collision Coverage Deductible Option:

The Auto Collision Insurance deductible will be waived to the extent that **you** are legally entitled to recover damages from the owner or operator of an uninsured **auto** if:

1. the damage is caused by direct physical contact between an uninsured **auto** as defined in Part VI—Uninsured Motorists Insurance of the policy, and a vehicle owned by **you** which is insured for Auto Collision Insurance under this policy; and

2. the owner or operator of the uninsured **auto** has been identified or the vehicle itself has been identified by its license number; and

3. **we** have been notified of the accident within 10 business days.

The Auto Collision Insurance deductible will not be waived when the damage is caused by an underinsured motor vehicle as defined in Part VI—Uninsured Motorists Insurance of this policy.

### If We Cannot Agree

If **you** or **we** cannot agree on the amount of the Auto Collision Insurance deductible to be waived, then upon the written request of either, the disagreement will be settled by a single neutral arbitrator. Arbitration will be conducted within one year from the date of the accident. No cause of action shall exist against either **you** or **Allstate** from exercising the right to request arbitration for a claim for the Waiver of Collision Coverage Deductible.

## COVERAGE HH
### Auto Comprehensive Insurance

**Allstate** will pay for direct and accidental loss to **your** insured **auto** or a non-owned **auto** not caused by collision. Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage, whether or not caused by collision, and collision with a bird or animal is covered.

The deductible amount will not be subtracted from the loss payment when the loss is caused by a peril listed under Coverage HE.

By agreement between **you** and **Allstate**, the deductible amount will not be subtracted from a glass breakage loss if the glass is repaired rather than replaced.

## COVERAGE HE
### Auto Fire, Lightning and Transportation Insurance

**Allstate** will pay for direct and accidental loss to **your** insured **auto** or a non-owned **auto** due to:

1. fire or lightning.

2. smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the **auto** is located.

3. stranding, sinking, burning, collision or derailment of any conveyance in or upon which the **auto** is being transported on land or on water.

**Page 18**

# Allstate Insurance Company

## COVERAGE HF
### Auto Theft Insurance
**Allstate** will pay for direct and accidental loss to **your** insured **auto** or a non-owned **auto** caused by theft or larceny.

## COVERAGE HG
### Auto Fire, Lightning, Transportation and Theft Insurance
**Allstate** will pay for direct and accidental loss to **your** insured **auto** or a non-owned **auto** caused by any peril listed under Coverages HE or HF above.

## COVERAGE JJ
### Towing And Labor Costs
**Allstate** will pay costs for labor done at the initial place of disablement of **your** insured **auto** or a non-owned **auto. We** will also pay for towing made necessary by the disablement. The total limit of **our** liability for each loss is shown on the Policy Declarations.

## COVERAGE UU
### Rental Reimbursement Coverage
If **you** have collision or comprehensive coverage under this policy and the loss involves either coverage, **Allstate** will reimburse **you** for **your** cost of renting an **auto** from a rental agency or garage. **We** will not pay more than the dollar amount per day, shown on the Policy Declarations. **We** won't pay mileage or fuel charges. **We** won't pay for collision damage waiver insurance charges.

If **your** insured **auto** is stolen, payment for transportation expenses will be made under the terms of paragraph 3. of "Additional Payments Allstate Will Make". However, the limits for this coverage will apply if they exceed the limits stated under "Additional Payments Allstate Will Make".

If **your** insured **auto** is disabled by a collision or comprehensive loss, coverage starts the day after the loss. If it is driveable, coverage starts the day after the **auto** is taken to a garage for repairs.

Coverage ends when whichever of the following occurs first:
1. if the **auto** is disabled by a collision or comprehensive loss, completion of repairs or replacement of the **auto;**

2. if the **auto** is stolen, when **we** offer settlement or **your auto** is returned to use; or

3. thirty full days of coverage.

## COVERAGE ZA
### Sound System Coverage
**Allstate** will pay for loss to a **sound system** permanently installed in **your auto** by bolts, brackets or other means, its antennas or other apparatus specifically used with that system.

Coverage ZA applies only if comprehensive insurance is in effect under this policy. This coverage makes **sound systems,** and antennas or other apparatus used specifically with them, insured property under the terms of both collision and comprehensive insurance. The limit of **our** liability is shown on the Policy Declarations.

## COVERAGE ZZ
### Tape Coverage
**Allstate** will pay for loss to any tapes or similar items used with any **auto** sound system. Coverage applies to property **you** or a **resident** relative own that is in or on **your** insured **auto** at the time of loss. The total limit of **our** liability for each loss is shown on the Policy Declarations.

This coverage applies only if **you** have comprehensive insurance under this policy. Coverage ZZ makes tapes or similar items insured property under **your** comprehensive insurance.

### Additional Payments Allstate Will Make
1. **Allstate** will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to **you** or a **resident** relative while it is in or upon **your** insured **auto**. This provision does not apply if the insured **auto** is a **travel-trailer.**

   This coverage applies only when:
   a) the loss is caused by collision and **you** have purchased collision insurance.
   b) the entire **auto** is stolen, and **you** have purchased comprehensive insurance.
   c) physical damage is done to the **auto** and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning, or flood and **you** have purchased comprehensive insurance.

2. **Allstate** will repay **you** up to $10 for the cost of transportation from the place of theft of **your**

# Allstate Insurance Company

insured **auto** or disablement of the **auto** to **your** destination, if
  a)   the entire **auto** is stolen and **you** have comprehensive coverage under this policy.
  b)   the **auto** is disabled by a collision or comprehensive loss, and **you** have the coverage under this policy applicable to the loss.

This provision does not apply if the insured **auto** is a **travel-trailer.**

3.   If **you** have comprehensive insurance under this policy, **Allstate** will repay up to $10 a day but not more than $300 for each loss for the cost of transportation when the entire **auto** is stolen. This coverage begins 48 hours after **you** report the theft to **us,** but ends when **we** offer settlement or **your auto** is returned to use.

4.   If **you** have purchased collision or comprehensive insurance under this policy, **Allstate** will pay general average and salvage charges imposed when **your** insured **auto** is being transported.

## Insured Autos
1.   Any **auto** described on the Policy Declarations. This includes the four wheel private passenger **auto** or **utility auto you** replace it with if **you** notify **Allstate** within 30 days of the replacement and pay the additional premium. Coverage will not continue after 30 days if **we** are not notified of the replacement auto.

2.   An additional four wheel private passenger **auto** or **utility auto you** acquire ownership of during the policy period will be covered for 30 days  immediately after **you** become the owner.

However, **we** will provide this coverage only if **Allstate** or one of its affiliates insure all other private passenger **autos** or **utility autos you** own, and you pay the additional premium. Coverage will be continued beyond this 30 day period only if:
  a)   **you** ask **us** to continue coverage within 30 days after **you** acquire the **auto** or **utility auto you;**
  b)   **we** agree to continue coverage for this additional **auto** or **utility auto;**

  c)   **you** pay the additional premium.

3.   A substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident**, temporarily used with the permission of the owner while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

4.   A non-owned four wheel private passenger **auto**, a **utility auto**, a **motor home** or **travel-trailer** used by **you** or a **resident** relative with the owner's permission. These vehicles must not be available or furnished for the regular use of **you** or any **resident**.

5.   A trailer while attached to an insured **auto.** This trailer must be designed for use with a private passenger **auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto.** Home, office, store, display, or passenger trailers, **travel-trailers** or **camper units** are not covered unless described on the Policy Declarations.

## Definitions
1.   **"Allstate", "We", "Us"**, or **"Our"**—means the company as indicated on the Policy Declarations.

2.   **"Auto"**—means a land motor vehicle designed for use on public roads.

3.   **"Camper Unit"**—means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of the unit. A camper unit does not include:
  a)   caps, tops, or canopies designed for use as protection of the cargo area of a **utility auto;** or
  b)   radio or television antennas, awnings, cabanas, or equipment designed to create additional off highway living facilities.
4.   **"Motor Home"**—means a self-propelled vehicle equipped, designed or used as a living quarters.

5.   **"Resident"**—means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried

Page 20

# Allstate Insurance Company

dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

6. **"Sound System"**—means any device within the insured **auto** designed for:
   a) voice, video or radar signal reception; or
   b) recording or playing back recorded material; or
   c) supplying power to cellular or similar equipment,

   and which is installed in a location other than the one designed by the auto's manufacturer for that device.

7. **"Travel-trailer"**—means a trailer of the house, cabin, or camping type equipped or used as a living quarters.

8. **"Utility Auto"**—means an **auto** of the pick-up body, sedan delivery or panel truck type. This **auto** must have a rated load capacity of not more than 2,000 pounds.

9. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

## Exclusions—What is not covered

These coverages don't apply to:

1. loss caused intentionally by, or at the direction of, an insured person.

2. any **auto** used for the transportation of people or property for a fee. This exclusion does not apply to shared-expense car pools.

3. any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

4. loss to any non-owned **auto** used in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos.**

5. loss due to radioactive contamination.

6. damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to connect electrical components, or the result of other loss covered by this policy.

7. tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

8. loss to any **sound system** within your **auto**.

   Coverages under this Part also will not apply to any apparatus in or on the **auto** designed for use with that system.

   This exclusion will not apply if **you** have purchased Coverage ZA.

9. loss to any tapes or similar items, unless **you** have Coverage ZZ under this policy.

10. loss to a **camper unit** whether or not mounted. This exclusion will not apply if the **camper unit** is described on the Policy Declarations.

11. loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a **motor home** or **travel-trailer.**

12. loss to **your motor home** or **your travel-trailer** while rented to anyone else unless a specific premium is shown on the Policy Declarations for the rented vehicle.

## Right To Appraisal

Both **you** and **Allstate** have a right to demand an appraisal of the loss. Each will appoint and pay a qualified appraiser. Other appraisal expenses will be shared equally. The two appraisers, or a judge of a court of record, will choose an umpire. Each appraiser will state the actual cash value and the amount of loss. If they disagree, they'll submit their differences to the umpire. A written decision by any two of these three persons will determine the amount of the loss.

## Payment Of Loss By Allstate

**Allstate** may pay for the loss in money, or may repair or replace the damaged or stolen property at our option. **We** may, at any time before the loss is paid or the property is replaced, return at **our** own expense any stolen property, either to **you** or at **our** option to the address shown on the Policy Declarations, with payment for any resulting damage. **We** may take all or part of the property at

Page 21

# Allstate Insurance Company

the agreed or appraised value. **We** may settle any claim or loss either with **you** or the owner of the property.

If a loss or damage occurs which may require repair of the insured **auto** or replacement of any part(s) while the **auto** is in Mexican territory, the basis for adjustment of the claim will be as follows:

The repair or replacement costs will not exceed the cost of having the repairs or replacement made at the nearest point in the United States where the repairs or replacements can be made. The cost for towing, transportation and salvage operations of the **auto** while within Mexican territory are not covered under this policy.

## Limits Of Liability
**Allstate's** limit of liability is the actual cash value of the property or damaged part of the property at the time of loss. The actual cash value will be reduced by the deductible for each coverage as shown on the Policy Declarations. However, **our** liability will not exceed what it would cost to repair or replace the property or part with other of like kind and quality. The limit for loss to any covered trailer not described on the Policy Declarations is $500.

An **auto** and attached trailer are considered separate **autos,** and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit.** If unmounted, a separate deductible will apply to the **auto** and **camper unit.**

The limit for loss to any non-owned **motor home** or **travel-trailer** is $10,000.

## If There Is Other Insurance
If there is other insurance covering the loss at the time of the accident, **we** will pay only **our** share of any damages. Our share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that **our** limits represent.

When this insurance covers a substitute **auto** or non-owned **auto, we** will pay only after all other collectible insurance has been exhausted.

When this insurance covers a replacement **auto** or additional **auto,** this policy won't apply if **you** have other collectible insurance.

If more than one policy applies on an excess basis, **we** will bear **our** proportionate share with other collectible excess insurance.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, any Coverage ZA deductible will always apply.

## Action Against Allstate
No one may sue **us** under this coverage unless there is full compliance with all the policy terms.

## Subrogation Rights
When **we** pay, **your** rights of recovery from anyone else become **ours** up to the amount **we** have paid. **You** must protect these rights and help **us** enforce them.

## What You Must Do If There Is A Loss
1.  As soon as possible, any person making claim must give **us** written proof of loss. It must include all details reasonably required by **us. We** have the right to inspect the damaged property. **We** may require any person making claim to file with **us** a sworn proof of loss. **We** may also require that person to submit to examinations under oath.

2.  Protect the **auto** from further loss. **We** will pay reasonable expenses to guard against further loss. If **you** don't protect the **auto,** further loss is not covered.

3.  Report all theft losses promptly to the police.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Secretary

President, Personal Lines

**Page 22**

# Policy Endorsement



*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Amendment of Policy Provisions – AU14626-1

It is agreed that the following provision is added to the **General Provisions**:

A. The provision titled **Where And When The Policy Applies** is replaced as follows:

**Where And When The Policy Applies**
**Your** policy applies only during the policy period. During this time, it applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

If **we** offer to renew **your** policy and **your** required premium payment is not received when due, **you** will have rejected **our** renewal offer. This means that the insurance coverage described in the renewal offer and any endorsements to the renewal offer will not become effective.

B. The provision titled Termination is replaced as follows:

**Termination**
If **we** offer to renew **your** policy and **your** required premium payment is not received when due, **you** will have rejected **our** renewal offer. This means that the insurance coverage described in the renewal offer and any endorsements to the renewal offer will not become effective.

C. The following provision is added:

**Conditional Reinstatement**
If **we** mail a cancellation notice because **you** did not pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **we** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

D. Under the provision titled **Cancellation**, the following is added:

Any unearned premium amounts under $2.00 will be refunded only upon **your** request.

All other policy terms and conditions apply.

# Policy Endorsement



*The following endorsement changes your policy.*
*Please read this document carefully and keep it with*
*your policy.*

# California
# Amendatory Endorsement – AU14629-2

I.   In the **General** provisions, the following changes are made:

A.   The following provisions are added:

**Fraud**
This policy will not apply to any claim in which an
insured person has concealed or misrepresented any
material fact or circumstance.

**What Law Will Apply**
This policy is issued in accordance with the laws of
California and covers property or risks principally
located in California. Subject to the following
paragraph, any and all claims or disputes in any way
related to this policy shall be governed by the laws of
California.

If a covered loss to the **auto**, a covered **auto** accident,
or any other occurrence for which coverage applies
under this policy happens outside California, claims or
disputes regarding that covered loss to the **auto**,
covered **auto** accident, or other covered occurrence
may be governed by the laws of the jurisdiction in
which that covered loss to the **auto**, covered **auto**
accident, or other covered occurrence happened, only
if the laws of that jurisdiction would apply in the
absence of a contractual choice of law provision such
as this.

**Where Lawsuits May Be Brought**
Subject to the following two paragraphs, any and all
lawsuits in any way related to this policy shall be
brought, heard, and decided only in a state or federal
court located in California. Any and all lawsuits
against persons not parties to this policy but involved
in the sale, administration, performance, or alleged
breach of this policy or involved in any other way with
this policy, shall be brought, heard, and decided only
in a state or federal court located in California,
provided that such persons are subject to or consent
to suit in the courts specified in this paragraph.

If a covered loss to the **auto**, a covered **auto** accident,
or any other occurrence for which coverage applies
under this policy happens outside California, lawsuits
regarding that covered loss to the **auto**, covered **auto**
accident, or other covered occurrence may also be
brought in the judicial district where that covered loss
to the **auto**, covered **auto** accident, or other covered
occurrence happened.

Nothing in this provision, **Where Lawsuits May Be
Brought**, shall impair any party's right to remove a
state court lawsuit to a federal court.

**Action Against Us**
No one may bring an action against **us** unless:
1.   there is full compliance with all policy terms; and
2.   the action is commenced within one year of the
     date the cause of action accrues. However, if an
     action is in any way related to the existence or
     amount of coverage, or the amount of loss for
     which coverage is sought, under a particular
     coverage that is shown on the Policy Declarations,
     such action must be commenced within the time
     period specified in the **Action Against Us**
     provision of that particular coverage. If an action
     is brought asserting claims relating to the
     existence or amount of coverage, or the amount
     of loss for which coverage is sought, under
     different coverages of this policy, the claims
     relating to each coverage shall be treated as if
     they were separate actions for the purpose of the
     time limit to commence action.

**Arbitration**
Any claim or dispute in any way related to this policy,
by a person insured under this policy against **us** or **us**
against a person insured under this policy, may be
resolved by arbitration only upon mutual consent of
the parties. Arbitration pursuant to this provision shall
be subject to the following:
1.   no arbitrator shall have the authority to award
     punitive damages or attorney's fees;
2.   neither of the parties shall be entitled to arbitrate
     any claims or disputes in a representative
     capacity or as a member of a class; and
3.   no arbitrator shall have the authority, without the
     mutual consent of the parties, to consolidate
     claims or disputes in arbitration.

This provision shall not apply to claims or disputes to which the **Part VI—Uninsured Motorists Insurance–Coverage SS**, If We Cannot Agree provision applies.

B. The **Non-Renewal** provision is replaced by the following:

**Non-Renewal**
If **we** do not intend to continue the policy beyond the current policy period, **we** will mail **you** notice at least 30 days before the end of the policy period.

C. The **Cancellation** provision is replaced by the following:

**Cancellation**
**You** may cancel this policy by informing **us** of the future date **you** wish to stop coverage.

**We** may cancel part or all of this policy by mailing notice to **you** at **your** last known address. If **we** cancel because **you** didn't pay the premium, cancellation will be at least 10 days after the date of mailing. If **we** cancel for any reason other than non-payment of premium, will **we** will mail **you** at least 20 days notice of cancellation.

Proof of mailing the notice will be proof of notice.

If the policy is cancelled at **your** request prior to the first renewal, **your** return premium, if any, will be calculated at 90% of the pro rata unearned premium for the current policy period.

If the policy is cancelled at **your** request after the first renewal, or if the policy is cancelled at **our** request at any time, **your** return premium, if any, will be calculated on a pro rata basis.

Cancellation will be effective even if the refund is not made immediately.

**We** will not cancel or reduce **your** coverage during the policy period unless:
1. **you** do not pay the premium when it's due;

2. there has been fraud or material misrepresentation affecting the policy or the insured; or

3. there has been a substantial increase in the hazard insured against.

II. In **Part I—Automobile Liability Insurance**, **Bodily Injury–Coverage AA** and **Property Damage–Coverage BB**, the following changes are made:

A. The **Insuring Agreement** provision is replaced by the following:

**Insuring Agreement**
**We** will pay those damages an insured person is legally obligated to pay because of:
1. **bodily injury** sustained by any person; and
2. damage to, or destruction of property.

Under these coverages, **your** policy protects an insured person from liability for damage arising out of the ownership, maintenance or use, loading or unloading of an insured **auto**. Payments will be made only for damages resulting from covered **bodily injury** and/or property damage.

**We** will defend an insured person sued for damages which are covered by this policy even if the suit is groundless or false. **We** will choose the counsel. **We** may settle any claim or suit if **we** believe it is proper. **We** will not defend an insured person sued for damages which are not covered by this policy.

B. The **Insured Persons** provision is replaced by the following:

**Insured Persons**
1. With respect to **your** insured **auto**:
   a) **you**;
   b) any **resident**; and
   c) any other person using it with **your** permission.

2. With respect to a non-owned **auto**:
   a) **you**; and
   b) any **resident** relative using a four-wheel private passenger **auto** or **utility auto**.

3. Any other person or organization liable for the use of an insured **auto** if the **auto** is not owned or hired by the person or organization, provided the use is by an insured person under 1. or 2. above and then only for that person's acts or omissions.

Policy endorsement



C. In the **Insured Autos** provision, item 4 is replaced with the following:

  4. A non-owned **auto** used by **you** or a **resident** relative with the owner's permission. This **auto** must not be owned by or available or furnished for the regular use of **you** or a **resident** relative.

D. In the **Definitions** provision, item 6 is replaced by the following:

  6. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and:
    a) that policyholder's **resident** spouse; or
    b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

E. In the **Exclusions—What Is Not Covered** provision, items 6 and 8 are replaced by the following:

  6. **bodily injury** to an insured person or **bodily injury** to an insured person whenever the ultimate benefits of that indemnification accrue directly or indirectly to an insured person. This exclusion applies only to **you** and **resident** relatives.

  8. **bodily injury** or property damage which may reasonably be expected to result from the intentional or criminal acts of the insured person or which are in fact intended by the insured person.

F. In the **Exclusions—What Is Not Covered** provision, item 10 is added:

  10. **bodily injury** or property damage arising out of the participation in any prearranged, organized, or spontaneous: racing contest; speed contest; or use of an **auto** at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type.

G. The **Action Against Allstate** provision is replaced by the following:

**Action Against Us**
No insured person may bring an action against us in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part I—Automobile Liability Insurance**, unless there is full compliance with all policy terms and such action is commenced no later than the last of the following to occur:
1. two years after the date of the accident;
2. one year after entry of final judgment or other court order terminating a lawsuit against the insured to determine the insured's liability or the amount of the insured's liability arising out of the accident; or
3. one year after **we** agree to a settlement; or
4. if **we** have denied coverage and the insured person has thereafter settled with the claimant without any lawsuit being filed to determine the insured's liability or the amount of the insured's liability arising out of the accident, within one year after the denial of coverage.

If the insured person is subjected to claims arising out of the same accident by more than one person claiming bodily injury or property damage, the time for the insured person to bring an action against **us** shall be determined separately as to the coverage sought or provided with respect to the claims of each of those claiming against the insured person.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and **us**, then whoever obtains this judgment or agreement against an insured person may sue **us** up to the limits of this policy. However, no one has the right to join **us** in a suit to determine legal responsibility of an insured person.

H. The following provision is added:

**Child Passenger Restraint System**
**We** will pay for the replacement of a child passenger restraint system in use by a child at the time of an accident for which coverage under this Part is applicable due to the liability of an insured person. The child passenger restraint system must meet applicable federal motor vehicle safety standards.

III. In **Part II—Automobile Medical Payments–Coverage CC**, the following changes are made:

A. The **Insuring Agreement** provision is replaced by the following:

**Insuring Agreement**
**We** will pay to or on behalf of an insured person all reasonable expenses the insured person becomes legally obligated to pay for necessary medical treatment, medical services or medical products actually provided to the insured person. Covered expenses may include ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceutical, eyeglasses, hearing aids, funeral service expenses, and professional nursing services. Payments will be made only when such expenses relate to **bodily injury** caused by an **auto** accident.

The treatment, services, or products must be rendered within one year after the accident. This will be extended to five years if the amount of insurance shown on the Policy Declarations for this coverage is more than $5,000.

This coverage does not apply to any person to the extent that the treatment is covered under any workers' compensation law.

B. In the **Definitions** provision, item 6 is replaced by the following:

6. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and:
   a) that policyholder's **resident** spouse; or
   b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

C. In the **Exclusions—What Is Not Covered** provision, item 6 is added:

6. any person arising out of the participation in any prearranged, organized, or spontaneous:
   a) racing contest;
   b) speed contest; or
   c) use of an **auto** at a track or course designed or used for racing or high performance driving;

or in practice or preparation for any contest or use of this type.

D. The **Action Against Allstate** provision is replaced by the following:

**Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part II—Automobile Medical Payments**, unless there is full compliance with all policy terms and such action is commenced within one year after the date the expenses for which coverage is sought were actually incurred by an insured person.

E. The following provision is added:

**Our Right To Recover Payment**
When **we** pay any person under this coverage:
1. **we** are entitled to reimbursement for amounts paid by **us** from the proceeds of any settlement or judgment the person recovers from a legally liable party or the party's insurer.

2. all rights of recovery against any legally liable party or the party's insurer must be maintained and preserved for **our** benefit.

IV. **In Part III—Coordinated Medical Protection–Coverage CX**, the following changes are made:

A. In the **Definitions** provision, item 7 is replaced by the following:

7. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and:
   a) that policyholder's **resident** spouse; or
   b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

B. In the **Exclusions—What Is Not Covered** provision, item 6 is added:

6. any person arising out of the participation in any prearranged, organized, or spontaneous:
   a) racing contest;
   b) speed contest; or

Policy endorsement



c) use of an **auto** at a track or course designed or used for racing or high performance driving;
or in practice or preparation for any contest or use of this type.

C. The following provision is added:

**Our Right To Recover Payment**
When **we** pay any person under this coverage:
1. **we** are entitled to reimbursement for amounts paid by **us** from the proceeds of any settlement or judgment the person recovers from a legally liable party or the party's insurer.

2. all rights of recovery against any legally liable party or the party's insurer must be maintained and preserved for **our** benefit.

V. In **Part IV—Automobile Death Indemnity Insurance–Coverage CM**, under the **Exclusions—What Is Not Covered** provision, item 5 is added:

5. to any person arising out of the participation in any prearranged, organized, or spontaneous:
a) racing contest;
b) speed contest; or
c) use of an **auto** at a track or course designed or used for racing or high performance driving;
or in practice or preparation for any contest or use of this type.

VI. **In Part V—Automobile Disability Income Protection–Coverage CW**, under the **Exclusions—What Is Not Covered** provision, item 5 is added:

5. arising out of the participation in any prearranged, organized, or spontaneous:
a) racing contest;
b) speed contest; or
c) use of an **auto** at a track or course designed or used for racing or high performance driving;
or in practice or preparation for any contest or use of this type.

VII. In **Part VI—Uninsured Motorists Insurance-Coverage SS**, the following changes are made:

A. In the **An Uninsured Auto Is:** provision, items 2 and 4 are replaced by the following:

2. a **motor vehicle** for which the insurer denies coverage, becomes insolvent within one year of the accident, or refuses to admit coverage except conditionally or with reservation.

4. an underinsured **motor vehicle** which has a bodily injury liability bond or bodily injury liability insurance in effect at the time of the accident, but in an amount less than the applicable bodily injury limit of liability for Uninsured Motorists Bodily Injury coverage shown on **your** Policy Declarations.

B. In the **An Uninsured Auto Is Not:** provision, item 3 is replaced by the following:

3. a **motor vehicle** insured for bodily injury under Part I of this policy. However, this does not apply when the insured is in, on, getting into or out of or when struck and injured by a **motor vehicle** owned by the insured while it is being operated or caused to be operated by a person without the insured's consent in connection with criminal activity that is documented in a police report and in which the insured is not involved.

C. In the **Definitions** provision, items 4 and 6 are replaced by the following:

4. **Property damage** means damage to, or destruction of, the insured auto, but does not include:
a) loss of use of the insured auto;
b) damage caused by an underinsured **motor vehicle**; or
c) damage to personal property contained in the insured auto other than a child passenger restraint system that was damaged or was in use by a child in the insured **auto** at the time of an accident to which Uninsured Motorists Insurance—Property Damage is applicable. The child passenger restraint system must meet federal motor vehicle safety standards.

6. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and:
a) that policyholder's **resident** spouse; or
b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

D. In the **Exclusions—What Is Not Covered** provision, item 2 is replaced by the following:

2. **bodily injury** or **property damage** sustained while in, on, getting into or out of or when struck by a **motor vehicle** which is owned by **you** or a **resident** relative and is not an insured **auto** under this policy. However, this exclusion does not apply when the insured is in, on, getting into or out of or when struck and injured by a **motor vehicle** owned by the insured while it is being operated or caused to be operated by a person without the insured's consent in connection with criminal activity that is documented in a police report and in which the insured is not involved.

E. In the **Exclusions—What Is Not Covered** provision, item 5 is added:

5. **bodily injury** or **property damage** arising out of the participation in any prearranged, organized, or spontaneous:
   a) racing contest;
   b) speed contest; or
   c) use of an **auto** at a track or course designed or used for racing or high performance driving;

   or in practice or preparation for any contest or use of this type.

F. In the **Limits Of Liability** provision, items 4 and 5 are replaced by the following:

4. Any loss payable under Coverage SS will be reduced by:
   a) all amounts payable under the bodily injury liability coverage provided by this policy;
   b) all amounts payable under any workers' compensation law; and
   c) all amounts paid by the owner or operator of the underinsured **motor vehicle** or the insurer of the owner or operator.

5. Damages payable will be reduced by any amount paid or due under this or any other automobile policy for:
   a) medical payments coverage; or
   b) coordinated medical payments coverage; or
   c) any similar medical payments insurance.

G. The **Action Against Allstate** provision is replaced by the following:

**Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part VI—Uninsured Motorists Insurance**, unless there is full compliance with all policy terms and, except as provided below, such action is commenced within two years after the date of the accident.

If an insured person commences a timely action against the owner or operator of an uninsured auto to recover damages for loss arising out of the accident and gives us written notice of such action within 30 days after such action is commenced, an action against us related to the existence or amount of coverage, or the amount of loss for which coverage is sought, may be brought more than two years after the date of the accident, but in no event later than the earliest of the following to occur:

1. one year after entry of a final judgment or other court order terminating such lawsuit against the owner or operator of an uninsured auto; or

2. one year after **we** deny coverage.

If there is a demand by an insured person or **us** for arbitration and the arbitration award exceeds the amount required for **bodily injury** or property damage liability in the California Safety Responsibility Law, no action may be commenced more than 60 days after the date of the arbitration award.

If any insured person sues a person believed responsible for the accident without **our** written consent, **we** are not bound by any resulting judgment.

H. The **If We Cannot Agree** provision is replaced by the following:

**If We Cannot Agree**
If **you** and **we** disagree on **your** right to receive any damages or on the amount of damages, then upon written request of either party, the disagreement will be settled by a single neutral arbitrator.

If arbitration is used, any arbitration award will be binding up to **your** policy limits and may be entered as a judgment in a proper court. All expenses of

Policy endorsement



arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

No cause of action shall exist against either **you** or **us** as a result of exercising the right to request arbitration of a claim.

No one may pursue arbitration under **Part VI—Uninsured Motorists Insurance** unless there is full compliance with all policy terms. No one may pursue arbitration under **Part VI—Uninsured Motorists Insurance** unless the demand for arbitration is made within two years after the date of the accident or, if later, within one year after the insurer of the owner or operator of an uninsured vehicle denies coverage or is declared insolvent by the responsible regulator.

However, if an insured person commences a timely action against the owner or operator of an uninsured vehicle to recover damages for loss arising out of the accident and gives **us** written notice of such action within 30 days after such action is commenced, the insured person or **we** may demand arbitration more than two years after the date of the accident, but in no event later than one year after entry of a final judgment or other court order terminating such lawsuit against the owner or operator of an uninsured auto.

No arbitrator shall have the authority to award punitive damages or attorney's fees. Neither of the parties shall be entitled to arbitrate any claims in a representative capacity or as a member of a class. No arbitrator shall have the authority, without the mutual consent of the parties, to consolidate claims in arbitration.

VIII. In **Part VII—Protection Against Loss To The Auto**, the following changes are made:

A. The **Auto Collision Insurance–Coverage DD**, provision is replaced by the following:

**Auto Collision Insurance–Coverage DD**
**We** will pay for direct and accidental loss to **your** insured **auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. The deductible amount will not be subtracted from the loss

payment in collisions involving **your** insured auto and another **auto** insured by **us**. In addition, **we** will pay for the replacement of a child passenger restraint system in use by a child in the insured **auto** at the time of a collision. The child passenger restraint system must meet applicable federal motor vehicle safety standards.

B. The **Waiver Of Collision Coverage Deductible Option** provision is replaced by the following:

**Waiver Of Collision Coverage Deductible Option**
The following applies only when the Policy Declarations indicate the Waiver of Collision Coverage Deductible Option:

The Auto Collision Insurance deductible will be waived to the extent that **you** are legally entitled to recover damages from the owner or operator of an uninsured **auto** if:
1. the damage is caused by direct physical contact between an uninsured **auto** as defined in **Part VI—Uninsured Motorists Insurance** of the policy, and a vehicle owned by **you** which is insured for Auto Collision Insurance under this policy; and

2. the owner or operator of the uninsured **auto** has been identified or the vehicle itself has been identified by its license number; and

3. **we** have been notified of the accident within 10 business days of the accident.

The Auto Collision Insurance deductible will not be waived when the damage is caused by an underinsured motor vehicle as defined in **Part VI—Uninsured Motorists Insurance** of this policy.

C. The **Rental Reimbursement Coverage–Coverage UU**, provision is replaced by the following:

**Rental Reimbursement Coverage–Coverage UU**
If **you** have collision or comprehensive coverage under this policy and the loss involves either coverage, **we** will reimburse **you** for **your** cost of renting an **auto** from a rental agency or garage. **We** will not pay more than the dollar amount per day shown on the Policy Declarations. **We** will not pay mileage or fuel charges. **We** will not pay for collision damage waiver insurance charges.

If **your** insured **auto** is stolen, payment for transportation expenses will be made under the terms of paragraph 3 of **Additional Payments Allstate Will Make**. However, the limits for this coverage will apply if they exceed the limits stated under **Additional Payments Allstate Will Make**.

If **your** insured **auto** is disabled by a collision or comprehensive loss, coverage starts the day of the loss. If it is drivable, coverage starts the day the **auto** is taken to a garage for repairs.

Coverage ends when whichever of the following occurs first:
1. if the **auto** is disabled by a collision or comprehensive loss, upon completion of the repairs, when **we** offer settlement on a total loss, or upon replacement of the **auto**;

2. if the **auto** is stolen, when **we** offer settlement or when **your auto** is returned to use; or

3. after thirty full days of coverage.

D. In the **Definitions** provision, the following is amended:

1. Item 9 is replaced by the following:

   9. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and:
      a) that policyholder's **resident** spouse; or
      b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

2. Item 10 is added:

   10. **Custom parts or equipment**—means equipment, devices, accessories, enhancements, and changes, other than those offered by the manufacturer of the **auto** specifically for that model, or installed by the dealership of the **auto** when new as part of the original sale, which alter the appearance or performance of an **auto**. This does not include items covered under Sound System Coverage.

E. In the **Exclusions—What Is Not Covered** provision, items 1 and 2 are replaced by the following:

1. loss which may reasonably be expected to result from the intentional or criminal acts of an insured person or which is in fact intended by an insured person.

2. property damage arising out of the use of:
   a. any **auto** an insured person is driving while available for hire by the public; or
   b. any **auto** used to carry persons or property for a charge.

   This exclusion does not apply to shared-expense car pools.

F. In the **Exclusions—What Is Not Covered** provision, items 13, 14, and 15 are added:

13. loss to any **auto** due to confiscation by any government authority.

14. loss or damage arising out of the participation in a prearranged, organized, or spontaneous:
    a) racing contest;
    b) speed contest; or
    c) use of an **auto** at a track or course designed or used for racing or high performance driving;
    or in practice or preparation for any contest or use of this type.

15. loss to any **custom parts or equipment** designed for racing which is installed in **your** insured **auto**. This includes, but is not limited to, nitrous oxide systems, roll cages, and air intake modifications.

G. The **Limits Of Liability** provision is replaced by the following:

**Limits Of Liability**
**Our** limit of liability is the least of:
1. the actual cash value of the property or damaged part of the property at the time of loss, which may include a deduction for depreciation; or

2. the cost to repair or replace the property or part to its physical condition at the time of loss using parts produced by or for the vehicle's manufacturer, or parts from other sources,

Policy endorsement



including, but not limited to, non-original equipment manufacturers, subject to applicable state laws and regulations; or

3. $500, if the loss is to a covered trailer not described on the Policy Declarations.

Any applicable deductible amount is then subtracted.

If **we**, at **our** option, elect to pay for the cost to repair or replace the property or part, **our** liability does not include any decrease in the property's value, however measured, resulting from the loss and/or repair or replacement. If repair or replacement results in the betterment of the property or part, **you** may be responsible, subject to applicable state laws and regulations, for the amount of the betterment.

The maximum **we** will pay for loss to any **custom parts or equipment** is $1,000, unless otherwise excluded.

An **auto** and attached trailer are considered separate **autos**, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, a separate deductible will apply to the **auto** and **camper unit**.

When more than one coverage is applicable to the loss, you may recover under the broadest coverage but not both. However, any Sound System Coverage deductible will always apply.

The limit for loss to any non-owned **motor home** or **travel-trailer** is $10,000.

H.   The **Action Against Allstate** provision is replaced by the following:

**Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part VII—Protection Against Loss To The Auto**, unless there is full compliance with all policy terms and such action is commenced within one year after the date of loss.

I.   The following provision is added:

**California Mandatory Vehicle Inspection For Physical Damage Coverage**
**You** must notify **us** immediately when **you** acquire an additional or replacement **auto you** wish to insure for collision or comprehensive coverage under this policy.

**We** or **our** authorized representative has the right to inspect any **auto** insured or intended to be insured under this policy before collision or comprehensive coverage becomes effective.

When an inspection is required by **us**, **you** must cooperate and make the **auto** available for the inspection.

When a required inspection is not completed within the time period specified, collision and comprehensive coverages applying to the uninspected **auto** will be restricted (coverage will be limited to the lienholder's interest) or suspended (coverage will not be afforded if no lienholder) effective 12:01 A.M. of the day following the date specified for completion of the inspection. Coverage will be restored as of the date and hour of the inspection as evidenced by the Automobile Inspection Report.

J.   The following provision is added:

**Loss Payable Clause**
If a Lienholder and/or Lessor is shown on the Policy Declarations, **we** may pay loss or damage under this policy to **you** and the Lienholder and/or Lessor as its interest may appear, except:

1. Where fraud, misrepresentation, material omission, or intentional damage has been committed by or at the direction of **you**.

2. When the vehicle(s) is intentionally damaged, destroyed or concealed by or at the direction of **you** or any owner.

3. When **you** or any owner makes fraudulent statement(s) or engages in fraudulent conduct in connection with any accident or loss for which coverage is sought.

The Lienholder and/or Lessor must notify **us** of any change in ownership or hazard that is known.

If **you** or any owner fails to render proof of loss within the time granted in the policy, the Lienholder and/or Lessor must do so within sixty days in the form and manner described in the policy. The Lienholder and/or Lessor are subject to the provisions of the policy relating to appraisal, time of payment and bringing suit.

**We** may cancel this policy according to its terms. **We** will notify the Lienholder and/or Lessor at least ten days prior to the date of cancellation that the cancellation is effective as to the interest of the Lienholder and/or Lessor.

Whenever **we** pay the Lienholder and/or Lessor any sum for loss or damage under this policy, **we** will be subrogated to the extent of payment to the rights of the party to whom payment was made. However, these subrogation provisions must in no way impair the rights of the Lienholder and/or Lessor to recover the full amount of its claim from the insured.

The Lienholder and/or Lessor has no greater rights under the provisions of the policy than the insured.

All other policy terms and conditions apply.